# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0315–7 | User: nsha | Date Created: 1/11/2021 |
| Case: 20–70599–JAD | Form ID: pdf900 | Total: 73 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
cr           Lakeview Loan Servicing, LLC
                                                                                                    TOTAL: 1

**Recipients of Notice of Electronic Filing:**
ust          Office of the United States Trustee          ustpregion03.pi.ecf@usdoj.gov
tr           Ronda J. Winnecour          cmecf@chapter13trusteewdpa.com
aty          Ann E. Swartz          ecfmail@mwc–law.com
aty          Lawrence W. Willis          ecf@westernpabankruptcy.com
aty          S. James Wallace          ecfpeoples@grblaw.com
                                                                                                    TOTAL: 5

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db           James C Green          204 Roberts Dr          Cresson, PA 16630
jdb          Toni M Green          204 Roberts Dr          Cresson, PA 16630
cr           PRA Receivables Management, LLC          PO Box 41021          Norfolk, VA 23541
cr           Peoples Natural Gas Company LLC          GRB Law          Frick Building          437 Grant Street, 14th Floor          Pittsburgh, PA 15219
15328442     AT&T          One AT&T Way, Room 3A104          Bedminster, NJ 07921
15316504     American Financial Res          4909 Savarese Cir          Tampa, FL 33634
15328440     American Financial Res          4909 Savarese Cir          Tampa, FL 33634
15316505     Applied Bank          4700 Exchange Court          Boca Raton, FL 33431
15328441     Applied Bank          4700 Exchange Court          Boca Raton, FL 33431
15316506     At&t Services          208 S. Akard          Dallas, TX 75202
15328443     At&t Services          208 S. Akard          Dallas, TX 75202
15316507     Aurora Bank          Pob 1706          Scottsbluff, NE 69363
15328444     Aurora Bank          Pob 1706          Scottsbluff, NE 69363
15316508     Bankamerica          4909 Savarese Circle          Tampa, FL 33634
15328445     Bankamerica          4909 Savarese Circle          Tampa, FL 33634
15316509     Capital Accounts          Po Box 140065          Nashville, TN 37214
15328446     Capital Accounts          Po Box 140065          Nashville, TN 37214
15316510     Capital One          Po Box 5253          Carol Stream, IL 60197
15328447     Capital One          Po Box 5253          Carol Stream, IL 60197
15316511     Citi Auto          2208 Highway 121 Ste 100          Bedford, TX 76021
15328448     Citi Auto          2208 Highway 121 Ste 100          Bedford, TX 76021
15316512     Collection Service Cen          839 5th Ave          New Kensington, PA 15068
15328449     Collection Service Cen          839 5th Ave          New Kensington, PA 15068
15316513     Comenity Bank          P.O. Box 659728          San Antonio, TX 78265
15328450     Comenity Bank          P.O. Box 659728          San Antonio, TX 78265
15316514     Conemaugh Hospital          1086 Franklin St          Johnstown, PA 15905
15328451     Conemaugh Hospital          1086 Franklin St          Johnstown, PA 15905
15316515     Credence Resource Mana          17000 Dallas Pkwy Ste 20          Dallas, TX 75248
15328452     Credence Resource Mana          17000 Dallas Pkwy Ste 20          Dallas, TX 75248
15316516     Credit Control Collect          2410 Broad Ave          Altoona, PA 16601
15328453     Credit Control Collect          2410 Broad Ave          Altoona, PA 16601
15316517     Credit Management Co          2121 Noblestown Rd          Pittsburgh, PA 15205
15328454     Credit Management Co          2121 Noblestown Rd          Pittsburgh, PA 15205
15316518     Holiday Financial Serv          112 Hollidaysburg Plz          Duncansville, PA 16635
15328455     Holiday Financial Serv          112 Hollidaysburg Plz          Duncansville, PA 16635
15316521     Internal Revenue Service          1000 Liberty Avenue          Room 727          Pittsburgh, PA 15222
15328458     Internal Revenue Service          1000 Liberty Avenue          Room 727          Pittsburgh, PA 15222
15316520     Internal Revenue Service          Insolvency Unit          POB 628          Pittsburgh, PA 15230
15328457     Internal Revenue Service          Insolvency Unit          POB 628          Pittsburgh, PA 15230
15316519     Internal Revenue Service          Insolvency Unit          POB 7346          Philadelphia, PA 19101
15328456     Internal Revenue Service          Insolvency Unit          POB 7346          Philadelphia, PA 19101
15317863     Lakeview Loan Servicing, LLC          c/o McCabe, Weisberg & Conway, LLC          Suite 1400          123 South Broad Street          Philadelphia, PA 19109
15316522     Loancare Servicing Ctr          3637 Sentara Way          Virginia Beach, VA 23452
15328459     Loancare Servicing Ctr          3637 Sentara Way          Virginia Beach, VA 23452
15328460     Lvnv Funding Llc          C/o Resurgent Capital Services          PO Box 10587          Greenville, SC 29603
15316523     McCabe, Wisberg & Conway          123 South Broad Street          Philadelphia, PA 19109
15328461     McCabe, Wisberg & Conway          123 South Broad Street          Philadelphia, PA 19109
15316524     Medexpress          PO Box 719          Dellslow, WV 26531
15328462     Medexpress          PO Box 719          Dellslow, WV 26531
15316525     Nationstar/mr Cooper          8950 Cypress Waters Blvd          Coppell, TX 75019
15328463     Nationstar/mr Cooper          8950 Cypress Waters Blvd          Coppell, TX 75019
15328464     PA Department Of Revenue          Bankruptcy Division          PO Box 788          Harrisburg, PA 17128

| | | | | |
|---|---|---|---|---|
| 15321946 | Pennsylvania Department of Revenue | Bankruptcy Division, PO Box 280946 | Harrisburg PA 17128−0946 | |
| 15328465 | Peoples Gas | c/o GRB    Frick Building | 437 Grant Street, 14th Floor | Pittsburgh, PA 15219 |
| 15321704 | Peoples Natural Gas Company LLC | c/o GRB Law    Frick Building | 437 Grant Street, 14th Floor | Pittsburgh, PA 15219 |
| 15328466 | Pinnacle Credit Services | c/o Resurgent Capital Services | PO Box 10587 | Greenville, SC 29603 |
| 15316526 | Portfolio Recov Assoc | 120 Corporate Blvd Ste 1 | Norfolk, VA 23502 | |
| 15328467 | Portfolio Recov Assoc | 120 Corporate Blvd Ste 1 | Norfolk, VA 23502 | |
| 15316527 | Santander Consumer Usa | Po Box 961245 | Ft Worth, TX 76161 | |
| 15328468 | Santander Consumer Usa | Po Box 961245 | Ft Worth, TX 76161 | |
| 15316528 | Social Security Administration | 1500 Woodlawn Drive | Baltimore, MD 21241 | |
| 15328469 | Social Security Administration | 1500 Woodlawn Drive | Baltimore, MD 21241 | |
| 15316529 | Syncb/old Navy | Po Box 965005 | Orlando, FL 32896 | |
| 15328470 | Syncb/old Navy | Po Box 965005 | Orlando, FL 32896 | |
| 15316940 | Synchrony Bank | c/o of PRA Receivables Management, LLC | PO Box 41021 | Norfolk, VA 23541 |
| 15316530 | Transworld Sys Inc/51 | 500 Virginia Dr Ste 514 | Ft Washington, PA 19034 | |
| 15328471 | Transworld Sys Inc/51 | 500 Virginia Dr Ste 514 | Ft Washington, PA 19034 | |

TOTAL: 67