# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: James C. Green                                                                      CHAPTER 13
         Toni M. Green

                     Debtor(s)                              BKY. NO. 20-70599 JAD

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of Lakeview Loan Servicing LLC and index same on the master mailing list.

                                       Respectfully submitted,

                                       /s/ *Brian C. Nicholas*
                                       Brian Nicholas
                                       15 Jun 2022, 15:25:19, EDT

                                       Brian C. Nicholas, Esq. (317240) ☑
                                       Denise Carlon, Esq. (317226) ☐
                                       Rebecca A. Solarz, Esq. (315936) ☐
                                       KML Law Group, P.C.
                                       BNY Mellon Independence Center
                                       701 Market Street, Suite 5000
                                       Philadelphia, PA 19106
                                       412-430-3594
                                       bkgroup@kmllawgroup.com