## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

JAMES C GREEN                                    Case No. 20-70599JAD
TONI M GREEN

             Debtor(s)
RONDA J. WINNECOUR,                              Chapter 13
Standing Chapter 13 Trustee,

           Movant                        Document No __
       vs.

LAKEVIEW LOAN SERVICING LLC

         Respondents

### NOTICE OF FUNDS ON RESERVE

   The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

     The creditor has informed the Trustee that the account has been assigned to .  No further payments will be issued on this debt until a proof of assignment / notice of transfer of the bankruptcy claim, required by Fed.R.Bankr.P. 3001(e), is filed with the Clerk of the Bankruptcy Court and served on the Trustee.  [Refer to www.ecf.pawb.uscourts.gov  under Forms and National Forms.]  At some future point, the Trustee may seek leave to deposit the funds into Court.


     TRUSTEE HAS BEEN INFORMED THAT THE LOAN HAS BEEN SERVICE RELEASED TO NATIONSTAR THROUGH RIGHT PATH SERVICING.  NO TRANSFER OF CLAIM HAS BEEN FILED.

LAKEVIEW LOAN SERVICING LLC                      Court claim# 6/Trustee CID# 42
C/O COMMUNITY LOAN SERVICING LLC
4425 PONCE DE LEON BLVD 5TH FL
CORAL GABLES, FL 33146


The Movant further certifies that on 08/23/2022 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

                            /s/ Ronda J. Winnecour
                            RONDA J WINNECOUR PA ID #30399
                            CHAPTER 13 TRUSTEE WD PA
                            600 GRANT STREET
cc:  debtor(s)                                   SUITE 3250 US STEEL TWR
     original creditor                          PITTSBURGH, PA  15219
     putative creditor                          (412) 471-5566
     counsel for debtor(s)                      cmecf@chapter13trusteewdpa.com
     counsel for the creditor(s) (if known)

DEBTOR(S):
JAMES C GREEN, TONI M GREEN, 204
ROBERTS DR, CRESSON, PA  16630

DEBTOR'S COUNSEL:
LAWRENCE W WILLIS ESQ, WILLIS &
ASSOCIATES, 201 PENN CENTER BLVD
STE 310, PITTSBURGH, PA  15235

ORIGINAL CREDITOR'S COUNSEL:
MCCALLA RAYMER  ET AL, NATL
BANKRUPTCY DEPT**, 1544 OLD
ALABAMA RD**, ROSWELL, GA
30076-2102

ORIGINAL CREDITOR:
LAKEVIEW LOAN SERVICING LLC, C/O
COMMUNITY LOAN SERVICING LLC, 4425
PONCE DE LEON BLVD 5TH FL, CORAL
GABLES, FL  33146

:
NATIONSTAR MORTGAGE LLC**, C/O
RIGHTPATH SERVICING, PO BOX 619094,
DALLAS, TX  75261-9741

NEW CREDITOR: