**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

10/27/2022

IN RE:

JAMES C GREEN
TONI M GREEN
204 ROBERTS DR
CRESSON,  PA  16630
XXX-XX-7301         Debtor(s)

XXX-XX-9291

Case No.20-70599 JAD

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

    NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

    This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

    This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

    The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known .

In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

10/27/2022

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee/Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA 23541 | Trustee Claim Number: 1   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: OLD NAVY/PRAE | | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: 6529 |
| **MCCABE WEISBERG & CONWAY PC**<br>1ST UNION BLDG<br>123 S BROAD ST STE 1400<br>PHILADELPHIA, PA 19109 | Trustee Claim Number: 2   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: LAKEVIEW LN/PRAE | | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **GRB LAW\*\***<br>C/O JEFFREY R HUNT ESQ - FOR PNG CO<br>525 WILLIAM PENN PLACE STE 3110<br>PITTSBURGH, PA 15219 | Trustee Claim Number: 3   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: PEOPLES/PRAE | | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **LAKEVIEW LOAN SERVICING LLC**<br>C/O RIGHTPATH SERVICING<br>PO BOX 619094<br>DALLAS, TX 75261-9741 | Trustee Claim Number: 4   INT %: 0.00%<br>Court Claim Number: 6<br>CLAIM: 0.00<br>COMMENT: PMT/DECL\*984.33/CL-PL\*DKT4PMT-LMT\*LOANCARE/PL\*BGN 12/20\*FR LOANCARE- | | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 7105 |
| **SANTANDER CONSUMER USA\*\***<br>PO BOX 560284<br>DALLAS, TX 75356 | Trustee Claim Number: 5   INT %: 4.00%<br>Court Claim Number: 9<br>CLAIM: 5,255.94<br>COMMENT: $/CL-PL@4%/PL | | CRED DESC: VEHICLE<br>ACCOUNT NO.: 5512 |
| **INTERNAL REVENUE SERVICE\***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA 19101-7317 | Trustee Claim Number: 6   INT %: 0.00%<br>Court Claim Number: 7<br>CLAIM: 388.54<br>COMMENT: $/CL-PL@0%\*15-16/SCH | | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 7301 |
| **PA DEPARTMENT OF REVENUE\***<br>BUR OF COMPL SECT-DEPT 280946<br>STRAWBERRY SQ<br>HARRISBURG, PA 17128 | Trustee Claim Number: 7   INT %: 0.00%<br>Court Claim Number: 2<br>CLAIM: 984.86<br>COMMENT: CL2GOV\*$/CL-PL@0%/PL | | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 7301 |
| **AMERICAN FINANCIAL**<br>PO BOX 513738<br>LOS ANGELES, CA 90051 | Trustee Claim Number: 8   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~NO$~NTC ONLY/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6288 |
| **APPLIED BANK\***<br>PO BOX 70165<br>PHILADELPHIA, PA 19176-0165 | Trustee Claim Number: 9   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$~NTC ONLY/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7204 |
| **ATT**<br>POB 105262<br>ATLANTA, AL 30348 | Trustee Claim Number: 10   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~NO$/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **AURORA BANK**<br>PO BOX 1706<br><br>SCOTTSBLUFF, NE  69363 | Trustee Claim Number:11  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~NO$~NTC ONLY/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6602 |
| **BANK AMERICA**<br>4909 SAVARESE CL<br><br>TAMPA, FL  33634 | Trustee Claim Number:12  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$~NTC ONLY/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9782 |
| **CAPITAL ACCOUNTS LLC**<br>POB 140065<br><br>NASHVILLE, TN  37214 | Trustee Claim Number:13  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9208 |
| **CAPITAL ONE\*\***<br>6125 LAKEVIEW RD STE 800<br><br>CHARLOTTE, NC  28269 | Trustee Claim Number:14  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$~NTC ONLY/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4018 |
| **CITIBANK\*\***<br>POB 6241<br><br>SIOUX FALLS, SD  57117-6214 | Trustee Claim Number:15  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~NO$~NTC ONLY/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8601 |
| **UPMC HEALTH SERVICES**<br>C/O DCM SERVICES/BANKRUPTCY<br>PO BOX 1123<br>MINNEAPOLIS, MN  55440 | Trustee Claim Number:16  INT %: 0.00%<br>Court Claim Number:5<br>CLAIM: 1,697.21<br>COMMENT: XXN23/SCH*NO$/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9291 |
| **CREDENCE RESOURCE MANAGEMENT++**<br>17000 DALLAS PKWY STE 204<br><br>DALLAS, TX  75248 | Trustee Claim Number:17  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6803 |
| **CREDIT CONTROL COLLECTIONS++**<br>POB 72*<br><br>ALTOONA, PA  16603 | Trustee Claim Number:18  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2670 |
| **CREDIT MANAGEMENT CO**<br>2121 NOBLESTOWN RD<br><br>PITTSBURGH, PA  15205-3956 | Trustee Claim Number:19  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3241 |
| **CREDIT MANAGEMENT CO**<br>2121 NOBLESTOWN RD<br><br>PITTSBURGH, PA  15205-3956 | Trustee Claim Number:20  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1242 |

CLAIM RECORDS    Case 20-70599-JAD    Doc 90    Filed 10/27/22    Entered 10/27/22 15:06:22    Desc
Page 5 of 7

| Creditor | Claim Info | Description |
|---|---|---|
| **CREDIT MANAGEMENT CO**<br>2121 NOBLESTOWN RD<br><br>PITTSBURGH, PA  15205-3956 | Trustee Claim Number:21  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NO$/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  5694 |
| **HOLIDAY FINANCIAL SERVICES**<br>112 HOLLIDAYSBURG PLAZA<br><br>DUNCANSVILLE, PA  16635 | Trustee Claim Number:22  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NO$~NTC ONLY/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0103 |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br><br>GREENVILLE, SC  29603-0587 | Trustee Claim Number:23  INT %:  0.00%<br>Court Claim Number:13<br><br>CLAIM:  5,908.34<br>COMMENT:  NO$/SCH*SHERMAN/HOUSEHOLD/REV CHARGER/POLAR*STALE | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0381 |
| **MCCABE WEISBERG & CONWAY PC**<br>1ST UNION BLDG<br>123 S BROAD ST STE 1400<br><br>PHILADELPHIA, PA  19109 | Trustee Claim Number:24  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NO$~NTC ONLY/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **NATIONSTAR MORTGAGE LLC D/B/A MR COOPE**<br>PO BOX 619094<br><br>DALLAS, TX  75261-9741 | Trustee Claim Number:25  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NO$~NTC ONLY/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  2764 |
| **PEOPLES NATURAL GAS CO LLC***<br>ATTN BANKRUPTCY DEPARTMENT<br>375 NORTH SHORE DR<br><br>PITTSBURGH, PA  15212 | Trustee Claim Number:26  INT %:  0.00%<br>Court Claim Number:1<br><br>CLAIM:  1,475.02<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  6388 |
| **PINNACLE CREDIT SERVICES LLC**<br>C/O RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br><br>GREENVILLE, SC  29603-0587 | Trustee Claim Number:27  INT %:  0.00%<br>Court Claim Number:16<br><br>CLAIM:  768.64<br>COMMENT:  NO$/SCH*CELLCO/VERIZON*STALE | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0001 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br><br>NORFOLK, VA  23541 | Trustee Claim Number:28  INT %:  0.00%<br>Court Claim Number:3<br><br>CLAIM:  486.64<br>COMMENT:  NO$/SCH*COMENITY/THE BUCKLE | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  5771 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br><br>NORFOLK, VA  23541 | Trustee Claim Number:29  INT %:  0.00%<br>Court Claim Number:17<br><br>CLAIM:  740.95<br>COMMENT:  HBSC/SEARS*JUDGMENT | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  1037 |
| **SOCIAL SECURITY ADMINISTRATION****<br>OFFICE OF THE GENERAL COUNSEL - REGION I<br>ATTN - BANKRUPTCY COORDINATOR<br>300 SPRING GARDEN ST - 6TH FL<br>PHILADELPHIA, PA  19123 | Trustee Claim Number:30  INT %:  0.00%<br>Court Claim Number:<br><br><br>CLAIM:  0.00<br>COMMENT:  NO$/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA 23541 | Trustee Claim Number: 31 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~NO$~OLD NAVY~NTC ONLY/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1915 |
| **TRANSWORLD SYSTEMS**<br>PO BOX 15618<br>WILMINGTON, DE 19850 | Trustee Claim Number: 32 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~NO$~MEDEXPRESS/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6477 |
| **CONEMAUGH MEMORIAL MEDICAL CENTER**<br>C/O DLP CONEMAUGH MEDICAL CENTER<br>PO BOX 604010<br>CHARLOTTE, NC 28260 | Trustee Claim Number: 33 INT %: 0.00%<br>Court Claim Number: 12<br>CLAIM: 60.00<br>COMMENT: 7041~NO$/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9291 |
| **MED EXPRESS BILLING++**<br>POB 719<br>DELLSLOW, WV 26531 | Trustee Claim Number: 34 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **VERIZON BY AMERICAN INFOSOURCE AS AGEN**<br>PO BOX 4457<br>HOUSTON, TX 77210-4457 | Trustee Claim Number: 35 INT %: 0.00%<br>Court Claim Number: 11<br>CLAIM: 465.87<br>COMMENT: NT/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0001 |
| **QUANTUM3 GROUP LLC - AGENT FOR COMENIT**<br>C/O QUANTUM3 GROUP LLC<br>PO BOX 2489<br>KIRKLAND, WA 98083-2489 | Trustee Claim Number: 36 INT %: 0.00%<br>Court Claim Number: 10<br>CLAIM: 191.56<br>COMMENT: NT/SCH*EXPLORESWARDS | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3402 |
| **PREMIER BANKCARD LLC; JEFFERSON CAPITA**<br>C/O JEFFERSON CAPITAL SYSTEMS LLC*<br>PO BOX 772813<br>CHICAGO, IL 60677-2813 | Trustee Claim Number: 37 INT %: 0.00%<br>Court Claim Number: 8<br>CLAIM: 246.21<br>COMMENT: NT/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2931 |
| **PENELEC/FIRST ENERGY****<br>101 CRAWFORDS CORNER RD BLDG #1 STE 1-5<br>PO BOX 367<br>HOLMDEL, NJ 07733 | Trustee Claim Number: 38 INT %: 0.00%<br>Court Claim Number: 4<br>CLAIM: 1,445.18<br>COMMENT: NT/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1021 |
| **PA DEPARTMENT OF REVENUE***<br>BUR OF COMPL SECT-DEPT 280946<br>STRAWBERRY SQ<br>HARRISBURG, PA 17128 | Trustee Claim Number: 39 INT %: 3.00%<br>Court Claim Number: 2<br>CLAIM: 1,831.79<br>COMMENT: CL2GOV*$/CL-PL@0%/PL~STAT ISSUE*38.97MO*NO SEC/SCH | | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 7301 |
| **PA DEPARTMENT OF REVENUE***<br>BUR OF COMPL SECT-DEPT 280946<br>STRAWBERRY SQ<br>HARRISBURG, PA 17128 | Trustee Claim Number: 40 INT %: 0.00%<br>Court Claim Number: 2<br>CLAIM: 69.87<br>COMMENT: CL2GOV*NO GEN UNS/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7301 |

| Creditor | Trustee/Court Claim | Cred Desc / Account |
|---|---|---|
| **INTERNAL REVENUE SERVICE*** <br> CENTRALIZED INSOLVENCY-TRUSTEE REMITS <br> PO BOX 7317 <br> PHILADELPHIA, PA 19101-7317 | Trustee Claim Number: 41  INT %: 0.00% <br> Court Claim Number: 7 <br> CLAIM: 178.96 <br> COMMENT: NO GEN UNS/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 7301 |
| **LAKEVIEW LOAN SERVICING LLC** <br> C/O RIGHTPATH SERVICING <br> PO BOX 619094 <br> DALLAS, TX 75261-9741 | Trustee Claim Number: 42  INT %: 0.00% <br> Court Claim Number: 6 <br> CLAIM: 19,832.64 <br> COMMENT: $/CL-PL*LOANCARE/PL*THRU 11/20*FR LOANCARE-DOC 74*FR COMMUNITY-DOC | CRED DESC: MORTGAGE ARR. <br> ACCOUNT NO.: 7105 |
| **LVNV FUNDING LLC** <br> C/O RESURGENT CAPITAL SVCS <br> PO BOX 10587 <br> GREENVILLE, SC 29603-0587 | Trustee Claim Number: 43  INT %: 0.00% <br> Court Claim Number: 14 <br> CLAIM: 1,125.02 <br> COMMENT: NT/SCH*SHERMAN/SEARS*STALE | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 0745 |
| **LVNV FUNDING LLC** <br> C/O RESURGENT CAPITAL SVCS <br> PO BOX 10587 <br> GREENVILLE, SC 29603-0587 | Trustee Claim Number: 44  INT %: 0.00% <br> Court Claim Number: 15 <br> CLAIM: 352.90 <br> COMMENT: NT/SCH*SHERMAN/TARGET*STALE | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 9490 |
| **PEOPLES NATURAL GAS CO LLC*** <br> ATTN BANKRUPTCY DEPARTMENT <br> 375 NORTH SHORE DR <br> PITTSBURGH, PA 15212 | Trustee Claim Number: 45  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: PMT/DOE-CONF*BGN 6/21 | CRED DESC: PRIORITY CREDITOR <br> ACCOUNT NO.: 2943 |
| **KML LAW GROUP PC*** <br> 701 MARKET ST STE 5000 <br> PHILADELPHIA, PA 19106 | Trustee Claim Number: 46  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: LAKEVIEW LN/PRAE | CRED DESC: NOTICE ONLY <br> ACCOUNT NO.: |