

IN THE UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF PENNSYLVANIA

IN PROCEEDINGS:

2070599

DEBTOR(S):

JAMES C GREEN

TONI M GREEN

WITHDRAWAL OF CLAIM

PLEASE WITHDRAW CLAIM NUMBER 15 IN THE AMOUNT OF $352.90

CREDITOR'S SIGNATURE:

/s/ Lore'l Thompson

CREDITOR CONTACT INFO:

LVNV Funding, LLC

Resurgent Capital Services

PO Box 10587

Greenville, SC 29603

(877) 264-5884

DATE:

11/3/2022