IN THE UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF PENNSYLVANIA

IN PROCEEDINGS:     20-70599

DEBTOR(S):

JAMES C GREEN

TONI M GREEN

WITHDRAWAL OF CLAIM

PLEASE WITHDRAW CLAIM NUMBER 13 IN THE AMOUNT OF $5,908.34

CREDITOR'S SIGNATURE:

/s/ Brandie McCann

CREDITOR CONTACT INFO:

LVNV Funding, LLC

Resurgent Capital Services

PO Box 10587

Greenville, SC 29603

(877) 264-5884

DATE:

11/4/2022