**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>   JAMES C GREEN<br>   TONI M GREEN<br>         Debtor(s)<br>  Ronda J. Winnecour, Trustee<br>        Movant<br>         vs.<br>  JAMES C GREEN<br>  TONI M GREEN<br><br>       Respondents | Case No. 20-70599JAD<br><br>FILED<br>11/12/25 10:16 am<br>CLERK<br>U.S. BANKRUPTCY<br>COURT - WDPA<br><br>Chapter 13<br><br>Document No. 104 |

**ORDER TO STOP PAYROLL DEDUCTIONS**

AND NOW, this  12th  day of November, 2025, it is hereby ORDERED, ADJUDGED, and DECREED that,

Gould
Attn: Payroll Manager
Po Box 1406
Whitehouse Station, NJ 08889

is hereby ordered to immediately terminate the attachment of the wages of JAMES C GREEN, social security number XXX-XX-7301.  No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of JAMES C GREEN.

BY THE COURT:

_____jsf_____
UNITED STATES BANKRUPTCY JUDGE
Jeffery A. Deller

cc: Debtor(s)
    Debtor(s) Attorney

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-70599-JAD |
| James C Green | Chapter 13 |
| Toni M Green | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 1 of 2 |
| Date Rcvd: Nov 12, 2025 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 14, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | James C Green, Toni M Green, 204 Roberts Dr, Cresson, PA 16630-2039 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 14, 2025      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 12, 2025 at the address(es) listed below:

**Name**      **Email Address**

Christopher A. DeNardo
     on behalf of Creditor Lakeview Loan Servicing  LLC logsecf@logs.com

Denise Carlon
     on behalf of Creditor Lakeview Loan Servicing  LLC dcarlon@kmllawgroup.com

Lawrence Willis
     on behalf of Debtor James C Green ecf@westernpabankruptcy.com  urfreshstrt@gmail.com;willislr88866@notify.bestcase.com

Lawrence Willis
     on behalf of Joint Debtor Toni M Green ecf@westernpabankruptcy.com
     urfreshstrt@gmail.com;willislr88866@notify.bestcase.com

Marisa Myers Cohen
     on behalf of Creditor Lakeview Loan Servicing  LLC ecfmail@mwc-law.com, mcohen@mwc-law.com

District/off: 0315-7 | User: auto | Page 2 of 2
Date Rcvd: Nov 12, 2025 | Form ID: pdf900 | Total Noticed: 1

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

TOTAL: 8