**Fill in this information to identify the case:**

Debtor 1 James C Green

Debtor 2 Toni M Green
(Spouse, if filing)

United States Bankruptcy Court for the: Western District of Pennsylvania
(State)

Case number 20-70599-JAD

Form 4100R

# Response to Notice of Final Cure Payment

10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

## Part 1: Mortgage Information

**Name of Creditor:** Lakeview Loan Servicing LLC

**Court Claim no. (if known)** 6

**Last 4 digits of any number you use to identify the debtor's account:** 7105

**Property address:** 204 Roberts Drive
Number     Street

Cresson, PA 16630
City                 State     Zip Code

## Part 2: Prepetition Default Payments

*Check One:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of the response is:    $ _____

## Part 3: Postpetition Mortgage Payment

*Check One:*

☒ Creditor agrees that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is on: 12/01/2025
MM/ DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this responses is:

a. Total postpetition ongoing payments due:    (a) $ _____
b. Total fees, charges, expenses, escrow, and costs outstanding:    (b) $ _____
c. **Total**. Add lines a and b.    (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payments that first became due on:    ___/___/_____
MM / DD / YYYY

Debtor 1    James C Green
       First Name    Middle Name    Last Name        Case number: 20-70599-JAD

**Part 4:**     **Itemized Payment History**

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

☐ all payments received;
☐ all fees, costs, escrow, and expenses assessed to the mortgage; and
☐ all amounts the creditor contends remain unpaid.

**Part 5:**     **Sign Here**

The person completing this notice must sign it. The response must be filed as a supplement to the creditor's proof of claim.

Check the appropriate box

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

X    /s/ Heather Riloff        Date: 12/15/2025
     Signature

**Print:**
Heather Riloff 309906
Leslie J. Rase 58365
   First Name    Middle Name    Last Name

Title: Attorney for and on behalf of Nationstar Mortgage LLC (as servicer for creditor)

Company: LOGS Legal Group LLP

Address: 985 Old Eagle School Road, Suite 514
   Number    Street
Wayne, PA 19087
   City      State    ZIP Code

Contact phone: (610) 278-6800      Email: logsecf@logs.com

## Certificate of Service

*I hereby certify that a copy of the foregoing Response to Notice of Final Cure Payment was served on the parties listed below by postage prepaid U.S. Mail, First Class or served electronically through the Court's ECF System at the e-mail address registered with the court on*

Date:  12/15/2025

Chapter 13 Trustee:  Ronda J. Winnecour

Trustee Address:  Suite 3250, USX Tower, 600 Grant Street, Pittsburgh, PA 15219

Trustee Email:  cmecf@chapter13trusteewdpa.com

Debtor's Counsel Name:  Lawrence W. Willis, Esquire, Willis & Associates

Debtor's Counsel Address:  201 Penn Center Blvd, Suite 310, Pittsburgh, PA 15235

Debtor's Counsel Email: ecf@westernpabankruptcy.com

Debtor's Name:  James C Green

Debtor's Mailing Address:  204 Roberts Drive, Cresson, PA 16630

Debtor's Name:  Toni M Green

Debtor's Mailing Address:  204 Roberts Drive, Cresson, PA 16630

/s/ Heather Riloff

Heather Riloff 309906
Leslie J. Rase 58365