IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: WITHDRAWAL OF APPEARANCES BY CHRISTOPHER DENARDO IN VARIOUS OPEN CASES AND ENTRY OF APPEARANCE OF HEATHER RILOFF IN VARIOUS OPEN CASES | Miscellaneous No.  26-200-GLT<br><br>Docket #: _____ |

## **OMNIBUS MOTION TO SUBSTITUTE APPEARANCE IN VARIOUS OPEN CASES**

COMES NOW the undersigned who files the within motion for leave to withdraw his appearance in various open bankruptcy cases and proceedings and substitute the appearance of Heather Riloff. In support thereof, the following is stated:

1. Christopher DeNardo, was previously an employee of LOGS Legal Group, LLP.

2. During that time, he has entered his appearance in cases commenced under the provisions of the United States Bankruptcy Code.

3. Certain of the proceedings in which he has entered his appearance as an employee of Logs Legal Group, LLP presently remain open.

4. Attached hereto as **Exhibit A** is a list of the open cases in which Christopher DeNardo is currently counsel of record.

5. Undersigned counsel, Heather Riloff, employed by LOGS Legal Group, LLP, will substitute into the cases listed in **Exhibit A**, effective immediately.

6. Accordingly, pursuant to the provisions of W.PA.LBR 9010-2, the undersigned seeks leave of this Honorable Court to withdraw the appearance of Christopher DeNardo in those cases which remain open, a list of which is attached hereto as **Exhibit A**.

7. Accordingly, pursuant to the provisions of W.PA.LBR 9010-2, the undersigned, Heather Riloff, seeks leave of this Honorable Court to substitute her appearance in those cases which remain open, a list of which is attached hereto as **Exhibit A**.

Wherefore, the undersigned seeks the approval of this Honorable Court to withdraw the appearance of Christopher DeNardo and substitute Heather Riloff in the identified cases for the reason stated herein.

                                                          Respectfully submitted,
                                                         LOGS LEGAL GROUP LLP

BY:   /s/ Heather Riloff
           Heather Riloff, 309906
           Leslie J. Rase, 58365
           LOGS Legal Group LLP
           985 Old Eagle School Road, Suite 514
           Wayne, PA 19087
           (610) 278-6800
           logsecf@logs.com

DATE: January 8, 2026

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: WITHDRAWAL OF APPEARANCES BY CHRISTOPHER DENARDO IN VARIOUS OPEN CASES AND ENTRY OF APPEARANCE OF HEATHER RILOFF IN VARIOUS OPEN CASES | Miscellaneous No.  26-200-GLT <br><br> Docket #: _____ |

## CERTIFICATE OF SERVICE

      I hereby certify that on  1/8/2026 , I electronically filed the foregoing Motion with the Clerk of Court using the CM/ECF system, which will then send a notification of electronic filing (NEF) via the ECF email notification system to all persons registered to receive electronic notice in this case at their email addresses of record.

  /s/ Heather Riloff
Heather Riloff, 309906
Leslie J. Rase, 58365
LOGS Legal Group LLP
985 Old Eagle School Road, Suite 514
Wayne, PA 19087
(610) 278-6800
logsecf@logs.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** **WITHDRAWAL OF APPEARANCES BY CHRISTOPHER DENARDO IN VARIOUS OPEN CASES AND ENTRY OF APPEARANCE OF HEATHER RILOFF IN VARIOUS OPEN CASES** | Miscellaneous No. 26-200-GLT  Related Dkt. No. |

### ORDER OF THE COURT

**AND NOW**, this ____day of_____, 2026, upon the consideration of the Omnibus Joint Motion to Withdraw the Appearance of Christopher DeNardo and Enter the Appearance of Heather Riloff, it is hereby:

**ORDERED, ADJUDGED, AND DECREED** that the appearance of Christopher DeNardo as attorney of record in the attached list of cases is WITHDRAWN; and it is further;

**ORDERED, ADJUDGED, AND DECREED** that the appearance of Heather Riloff of LOGS Legal Group, LLP, is ENTERED as counsel of record for the parties formerly represented by in the attached list of cases, Exhibit "A".

Dated:

_____
**Chief United States Bankruptcy Judge**

| Case Number | Debtor Name | Name of Party Represented |
|---|---|---|
| 18-24726-JAD | Eddie L. Harding and Shannon V. Harding | RightPath Servicing |
| 19-20024-GLT | L'Tesha J. Gamble-Pettis | Carrington Mortgage Services, LLC |
| 19-21016-CMB | William H. Thompson, III | JPMorgan Chase Bank, National Association |
| 19-21016-CMB | William H. Thompson, III | Wilmington Savings Fund Society, FSB, as trustee of Stanwich Mortgage Loan Trust F |
| 19-21969-JAD | Sylvester L. Lapinski | Citigroup Mortgage Loan Trust 2022-A |
| 19-23244-JCM | James R. Overton | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| 19-24345-JCM | Sunil K. Muddam | Nationstar Mortgage LLC |
| 19-24527-JAD | Michael K. Herron | Wells Fargo Bank, National Association, as Trustee for Banc of America Alternative Loan Trust 2005- |
| 19-24938-CMB | Darlene M. Szarmach | Nationstar Mortgage LLC |
| 20-10735-JCM | Roland L. Group and Regina L Group | Metropolitan Life Insurance Company |
| 20-21180-CMB | Diane M. Lavender | U.S. Bank National Association, not in its individual capacity but solely as Trustee for |
| 20-23003-JAD | Gilbert F. Meyer and Darlene M. Butka | Compu-Link Corporation d/b/a Celink as servicer for Finance of America Reverse LLC |
| 20-23008-GLT | Cheri Lee Barish | JPMorgan Chase Bank, National Association |
| 20-23012-CMB | William Scott Kalna and Suzanne E Kalna | Specialized Loan Servicing, LLC |
| 20-23076-CMB | Raymond E. Byers | Nationstar Mortgage LLC |
| 20-23382-CMB | Walter G. Malcolm and MARY J Malcolm | JPMorgan Chase Bank, National Association |
| 20-70599-JAD | James C Green and Toni M Green | Lakeview Loan Servicing LLC |
| 21-20082-GLT | Denise L Konovich | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| 21-20210-GLT | Patricia Holtz | JPMorgan Chase Bank, National Association |
| 21-20333-GLT | Kenneth E. Dillinger, Jr. and Karen L. Dillinger | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| 21-20445-CMB | Ronald G. Kapis, Jr. | Nationstar Mortgage LLC |

| | | |
|---|---|---|
| 21-20729-CMB | Rebecca A. Bash | Lakeview Loan Servicing, LLC |
| 21-21282-GLT | Nicholas Domenick Zappone and Lori Ann Zappone | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| 21-21386-GLT | Frederick A. Siebert | Nationstar Mortgage LLC |
| 21-21477-JCM | James M. Toomey | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| 21-21866-GLT | Karen M. Renfro | Nationstar Mortgage LLC |
| 21-22020-JCM | Thomas A. Molenda and Bernadette Molenda | U.S. Bank National Association, not in its individual capacity but solely as Trustee for the |
| 21-22424-GLT | Lawrence Joseph Ervin, Jr. and Jessica Erin Ervin | Nationstar Mortgage LLC |
| 21-70022-JAD | Jennifer K. Polisky | JPMorgan Chase Bank, National Association |
| 21-70405-JAD | Sandra Bloom | First Heritage Financial |
| 22-10177-JCM | Anita L. Brewer | ERIE FEDERAL CREDIT UNION |
| 22-10259-JCM | Michael Wallace Yochum | Lakeview Loan Servicing, LLC |
| 22-10333-JCM | Michael A. Thompson and Amber Thompson | Nationstar Mortgage LLC |
| 22-10391-GLT | Eyvonne M. VanCise | Wintrust Mortgage, a division of Barrington Bank & Trust Company, N.A. |
| 22-10435-JAD | Corey David Hetrick | Erie Federal Credit Union |
| 22-10455-JCM | Michael E. Alward | Lakeview Loan Servicing LLC |
| 22-10475-JCM | Steven Charles Lilley | Nationstar Mortgage LLC |
| 22-10551-JCM | Bryan Paul Adams and Jennifer Ann Adams | FIRST HERITAGE FINANCIAL LLC |
| 22-20121-JCM | Jason W. Bush and Staci M. Bush | Carrington Mortgage Services, LLC |
| 22-20642-JCM | John Richard Hogan and Jaime Ann Hogan | HE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK as successor in interest to JP |
| 22-21014-JAD | John L Anderson, Jr. and Stephanie C Anderson | Lakeview Loan Servicing, LLC |
| 22-21055-GLT | Christopher R. Huth | Nationstar Mortgage LLC |
| 22-21110-CMB | John Randolph Frank and Kerry Christine Frank | Nationstar Mortgage LLC |

| Case | Debtor | Creditor |
|---|---|---|
| 22-21211-CMB | Bradford R. Johnson and Ann C. Johnson | Nationstar Mortgage LLC |
| 22-21304-CMB | George D. Parfitt | Carrington Mortgage Services, LLC |
| 22-21581-CMB | Samuel J. Fry, II and Hallie M. Fry | Carrington Mortgage Services, LLC |
| 22-21693-GLT | Kimberly E. Eisenried | Broker Solutions Inc. dba New American Funding |
| 22-21866-CMB | Kathleen M. Lantzy | Nationstar Mortgage LLC |
| 22-22188-CMB | Stacy S. Frederick | JPMorgan Chase Bank, National Association |
| 22-22331-GLT | Jason R. Matson and Tanya D. Matson | Bank of America, N.A |
| 22-22459-GLT | Kenneth S. Carver | Lakeview Loan Servicing, LLC |
| 22-70195-JAD | Wayne T. Penrose and Theresa P. Penrose | Carrington Mortgage Services LLC |
| 22-70242-JAD | Terry M. Zernick and Joshua P. Zernick | Nationstar Mortgage LLC |
| 23-10466-JCM | Marshall E. Farris | Wintrust Mortgage, a division of Barrington Bank & Trust Company, N.A. |
| 23-10537-JCM | Scott E. Weaver | Carrington Mortgage Services, LLC |
| 23-10595-JCM | Brian Eugene Britton | Nationstar Mortgage LLC |
| 23-20073-GLT | Lisa M. White | Nationstar Mortgage LLC |
| 23-20387-CMB | Chadwick S. Darnell and Lindsey L. Darnell | AURORA FINANCIAL GROUP |
| 23-20430-CMB | James Edward Boring and Terrie Lyn Boring | Lakeview Loan Servicing, LLC |
| 23-20578-GLT | Freda D. Montgomery | PNC Bank, National Association |
| 23-20757-GLT | Lawrence R. Rovnak | Lakeview Loan Servicing, LLC |
| 23-20788-CMB | Jerroll H. Ward | Carrington Mortgage Services LLC |
| 23-20905-CMB | Dylan R. Backus | Carrington Mortgage Services, LLC |
| 23-21333-GLT | Christopher L. Landman and Andrea S. Landman | U.S. Bank Trust Company, National Association, as Trustee, as successor-in-interest to U.S. Bank |
| 23-21496-JAD | David V. Lane | PNC Bank, National Association |

| | | |
|---|---|---|
| 23-21504-GLT | Christopher L. Rootes | Nationstar Mortgage LLC |
| 23-21799-CMB | Jeremy John Rosser | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| 23-21799-CMB | Jeremy John Rosser | US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee |
| 23-21983-CMB | Vicky M. Warren | American Mortgage Investment Partners Management, LLC |
| 23-22251-CMB | Joshua A. Gaynard | Wintrust Mortgage, a division of Barrington Bank & Trust Company, N.A. |
| 23-22359-JCM | James M. Eichenlaub and Beth A. Eichenlaub | Newrez LLC d/b/a Shellpoint Mortgage Servicing |
| 23-22434-CMB | Jeffrey B. Logeman | CLEARVIEW FEDERAL CREDIT UNION |
| 23-22744-JAD | Nicholas R. Tomich | CLEARVIEW FEDERAL CREDIT UNION |
| 23-70024-JAD | Andrew William Pulsney and Erin Marie Pulsney | Nationstar Mortgage LLC |
| 24-10117-JCM | Edward Ohl | US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee |
| 24-10220-JCM | Jennifer M. Webber | Select Portfolio Servicing, Inc. |
| 24-10348-CMB | Julio E Negron and Delis A Negron | PNC BANK, NATIONAL ASSOCIATION |
| 24-20038-JCM | Qing Zheng | Land Home Financial Services, Inc. |
| 24-20207-JAD | Matthew W. Buettner | Pingora Loan Servicing, LLC |
| 24-20294-JCM | Marshall D. Root | Clearview Federal Credit Union |
| 24-20532-GLT | Barry G Johnston | Wilmington Savings Fund Society, FSB, as Owner Trustee of the Residential Credit Opportunities |
| 24-20994-JAD | Ronald J Garbacz, Jr. | Carrington Mortgage Services, LLC |
| 24-21014-JAD | Joseph D. Caputo and Ruth N. Caputo | NewRez LLC d/b/a Shellpoint Mortgage Servicing |
| 24-21030-GLT | Kenneth Herald Remley, II and Dawn Rochelle Remley | JPMorgan Chase Bank, National Association |
| 24-21047-JAD | Kelly A Powers | Carrington Mortgage Services, LLC |
| 24-21180-JAD | Jan A. Jesso and Kimberly A. Jesso | PNC Bank, National Association |
| 24-21615-GLT | George Richard Mascio and Sheryl Ann Mascio | PNC BANK, NATIONAL ASSOCIATION |

| | | |
|---|---|---|
| 24-21685-CMB | Daniel Beresnyak | Wilmington Savings Fund Society, FSB, as Trustee of Quercus Mortgage Investment Trust |
| 24-21737-JAD | Timothy K. Ferguson and Michelle L. Ferguson | PNC Bank, National Association |
| 24-21896-CMB | Timothy S. Radigan | Carrington Mortgage Services, LLC |
| 24-21972-JCM | Carolyn Virginia Ford | JPMorgan Chase Bank, National Association |
| 24-21997-CMB | Carlos Diaz | JPMorgan Chase Bank, National Association |
| 24-22048-GLT | Geoffrey Paul Wise and Carly Danielle Wise | JPMorgan Chase Bank, National Association |
| 24-22095-JCM | Edward J. Cuniff, Jr. and Pamela J. Echard | JPMorgan Chase Bank, National Association |
| 24-22162-CMB | James A. Fayad, Jr. and Daniele N. Fayad | Wilmington Savings Fund Society, FSB, as trustee of Stanwich Mortgage Loan Trust F |
| 24-22253-JAD | Nicole R. Lenzi | Wilmington Savings Fund Society, FSB, as Owner Trustee of the Residential Credit Opportunities |
| 24-22384-JAD | Pamela Jane Trimble | PNC Bank, National Association |
| 24-22679-JAD | Elizabeth Butler | ALCOA PITTSBURGH FCU |
| 24-22784-CMB | Deborah Green | Bank United N.A. |
| 24-22789-CMB | Norbert J. Graf, III | Residential Credit Opportunities Trust X-C |
| 24-22827-GLT | Brian Watson | Wilmington Savings Fund Society, FSB, as Owner Trustee of the Residential Credit Opportunities |
| 24-70033-JAD | John Pecze, Jr. | Carrington Mortgage Services, LLC |
| 24-70083-JAD | Sara D Miller | Carrington Mortgage Services, LLC |
| 24-70098-JAD | William J. Myer | US. Bank National Association, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, |
| 24-70125-JAD | Gary L Hermesky | Nationstar Mortgage LLC |
| 25-10044-JCM | Jeffrey W. Brown and Cynthia A. Brown | PNC Bank, National Association |
| 25-10422-CMB | Brian L. Fedorchuk and Pamela A. Fedorchuk | PNC Bank, N.A. |
| 25-10451-JCM | Jerry Douglas Hetzler | PNC Bank, N.A. |
| 25-10460-JCM | Bobbi L. Axtell | PNC Bank, National Association |

| Case | Debtor | Creditor |
|---|---|---|
| 25-10516-JCM | Catherine S. Phung | Towd Point Mortgage Trust 2016-4, U.S. Bank National Association as Indenture Trustee |
| 25-20003-GLT | Thomas S. Efthimiades, Jr. | JPMorgan Chase Bank, National Association |
| 25-20036-CMB | Daren D. Fee and Kimberly A. Fee | PNC Bank, National Association |
| 25-20050-GLT | Damian R. Ishman | Carrington Mortgage Services, LLC |
| 25-20155-CMB | Robert M. Houston and Deanna Houston | CARRINGTON MORTGAGE SERVICES, LLC |
| 25-20219-JAD | Zsolt Vudy | Finance of America Reverse LLC |
| 25-20254-JCM | Nonie R. Regish and Jeffrey S. Regish | PNC Bank, N.A. |
| 25-20280-JAD | Jason Thomas | Carrington Mortgage Services, LLC |
| 25-20948-CMB | Mark T. Vogel and Kimberly A. Vogel | PNC BANK, NATIONAL ASSOCIATION |
| 25-21190-JAD | Brandon L. McArdle and Sha'Vonne N. McArdle | PNC Bank, N.A. |
| 25-21286-CMB | Leo Patrick Reilly and Margaret M. Reilly | Finance of America Reverse LLC |
| 25-21414-CMB | Maryann B. Lutz | Newrez LLC d/b/a Shellpoint Mortgage Servicing |
| 25-21456-JCM | Dowl E. McGraw and Helen M. McGraw | PNC Bank, N.A. |
| 25-21509-CMB | Peggy Gilmore | Finance of America Reverse LLC |
| 25-21729-GLT | Kali S. Yuhas | Wilmington Savings Fund Society, FSB, as Owner Trustee of the Residential Credit Opportunities |
| 25-21836-GLT | Mallary E. Perry | JPMorgan Chase Bank, National Association |
| 25-21971-JAD | Patricia A. McCusker | CLEARVIEW FEDERAL CREDIT UNION |
| 25-22033-JAD | Tamar S. Warfield | Wilmington Savings Fund Society, FSB, as Owner Trustee of the Residential Credit Opportunities |
| 25-22177-CMB | Frank M. Cropelli | Towd Point Mortgage Trust 2017-1, U.S. Bank National Association, as Indenture Trustee |
| 25-22183-JCM | Stephanie Fox | CLEARVIEW FEDERAL CREDIT UNION |
| 25-22226-CMB | Angela M. Stagno | PNC BANK, NATIONAL ASSOCIATION |
| 25-22294-CMB | Arlene Frances D'Angelo | Wilmington Savings Fund Society, FSB, as Owner Trustee of the Residential Credit Opportunities |

| | | |
|---|---|---|
| 25-22414-GLT | Richard A. Crowley and Ginger L. Crowley | Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac |
| 25-22618-GLT | Catherine H. Ondike | Wilmington Savings Fund Society, FSB, as Owner Trustee of the Residential Credit Opportunities |
| 25-22646-CMB | David L. Babinsack and Kayla M. Babinsack | PNC BANK, NATIONAL ASSOCIATION |
| 25-22647-CMB | Brennan A. Beyer | CLEARVIEW FEDERAL CREDIT UNION |
| 25-22922-JCM | Courtney Gaertner | PNC Bank, National Association |
| 25-70055-JAD | Daniel S. Green | Bank United N.A. |