**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>JAMES C GREEN<br>TONI M GREEN<br>      Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>      Movant<br>      vs.<br>No Respondents. | Case No.:20-70599 JAD<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

December 23, 2025

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 11/30/2020 and confirmed on 3/1/21 . The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 116,371.00 |
| Less Refunds to Debtor | 7,222.36 | |
| TOTAL AMOUNT OF PLAN FUND | | 109,148.64 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 4,468.00 | |
|    Trustee Fee | 5,666.70 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 10,134.70 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   LAKEVIEW LOAN SERVICING LLC | 0.00 | 59,498.61 | 0.00 | 59,498.61 |
|     Acct: 7105 | | | | |
|   LAKEVIEW LOAN SERVICING LLC | 19,832.64 | 19,832.64 | 0.00 | 19,832.64 |
|     Acct: 7105 | | | | |
|   PA DEPARTMENT OF REVENUE* | 1,831.79 | 1,831.79 | 150.48 | 1,982.27 |
|     Acct: 7301 | | | | |
|   SANTANDER CONSUMER USA | 5,255.94 | 5,255.94 | 562.99 | 5,818.93 |
|     Acct: 5512 | | | | |
| | | | | 87,132.45 |
| **Priority** | | | | |
|   LAWRENCE W WILLIS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JAMES C GREEN | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JAMES C GREEN | 7,222.36 | 7,222.36 | 0.00 | 0.00 |
|     Acct: | | | | |
|   WILLIS & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LAWRENCE W WILLIS ESQ | 2,468.00 | 2,468.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LAWRENCE W WILLIS ESQ | 2,000.00 | 2,000.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXXXXX5-22 | | | | |
|   INTERNAL REVENUE SERVICE* | 388.54 | 388.54 | 0.00 | 388.54 |
|     Acct: 7301 | | | | |
|   PA DEPARTMENT OF REVENUE* | 984.86 | 984.86 | 0.00 | 984.86 |
|     Acct: 7301 | | | | |
|   PEOPLES NATURAL GAS CO LLC* | 0.00 | 6,840.18 | 0.00 | 6,840.18 |
|     Acct: 2943 | | | | |
| | | | | 8,213.58 |
| **Unsecured** | | | | |
|   AMERICAN FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6288 | | | | |
|   APPLIED BANK* | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|     Acct: 7204 | | | | |
|   ATT++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   AURORA BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6602 | | | | |
|   BANK AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9782 | | | | |
|   CAPITAL ACCOUNTS LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9208 | | | | |
|   CAPITAL ONE** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4018 | | | | |
|   CITIBANK** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8601 | | | | |
|   UPMC HEALTH SERVICES | 1,697.21 | 882.07 | 0.00 | 882.07 |
|     Acct: 9291 | | | | |
|   CREDENCE RESOURCE MANAGEMENT++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6803 | | | | |
|   CREDIT CONTROL COLLECTIONS++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2670 | | | | |
|   CREDIT MANAGEMENT COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3241 | | | | |
|   CREDIT MANAGEMENT COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1242 | | | | |
|   CREDIT MANAGEMENT COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5694 | | | | |
|   HOLIDAY FINANCIAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0103 | | | | |
|   LVNV FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0381 | | | | |
|   MCCABE WEISBERG & CONWAY LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   NATIONSTAR MORTGAGE LLC D/B/A MR C | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2764 | | | | |
|   PEOPLES NATURAL GAS CO LLC* | 1,475.02 | 766.60 | 0.00 | 766.60 |
|     Acct: 6388 | | | | |
|   PINNACLE CREDIT SERVICES LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0001 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES LLC | 486.64 | 252.92 | 0.00 | 252.92 |
|     Acct: 5771 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES LLC | 740.95 | 385.09 | 0.00 | 385.09 |
|     Acct: 1037 | | | | |
|   SOCIAL SECURITY ADMINISTRATION** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1915 | | | | |
|   TRANSWORLD SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6477 | | | | |
|   CONEMAUGH MEMORIAL MEDICAL CENT | 60.00 | 31.18 | 0.00 | 31.18 |
|     Acct: 9291 | | | | |
|   VERIZON BY AMERICAN INFOSOURCE AS | 465.87 | 242.12 | 0.00 | 242.12 |
|     Acct: 0001 | | | | |
|   QUANTUM3 GROUP LLC - AGENT FOR CC | 191.56 | 99.56 | 0.00 | 99.56 |
|     Acct: 3402 | | | | |
|   PREMIER BANKCARD LLC; JEFFERSON C | 246.21 | 127.96 | 0.00 | 127.96 |
|     Acct: 2931 | | | | |
|   PENELEC/FIRST ENERGY** | 1,445.18 | 751.09 | 0.00 | 751.09 |
|     Acct: 1021 | | | | |
|   PA DEPARTMENT OF REVENUE* | 69.87 | 36.31 | 0.00 | 36.31 |
|     Acct: 7301 | | | | |
|   INTERNAL REVENUE SERVICE* | 178.96 | 93.01 | 0.00 | 93.01 |

20-70599 JAD                                                                                    Page 3 of 3

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | Acct: 7301 | | | | |
| | LVNV FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0745 | | | | |
| | LVNV FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9490 | | | | |
| | SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6529 | | | | |
| | MCCABE WEISBERG & CONWAY LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | GRB LAW** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | MED EXPRESS BILLING++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | | |
| | | | | | 3,667.91 |

| | |
|---|---:|
| TOTAL PAID TO CREDITORS | 99,013.94 |

TOTAL CLAIMED
| | |
|---|---:|
| PRIORITY | 1,373.40 |
| SECURED | 26,920.37 |
| UNSECURED | 7,057.47 |

Date: 12/23/2025

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399  
CHAPTER 13 TRUSTEE WD PA  
600 GRANT STREET  
SUITE 3250 US STEEL TWR  
PITTSBURGH, PA  15219  
(412) 471-5566  
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
    JAMES C GREEN
    TONI M GREEN
        Debtor(s)

Ronda J. Winnecour
        Movant
    vs.
No Repondents.

Case No.:20-70599 JAD

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-70599-JAD |
| James C Green | Chapter 13 |
| Toni M Green | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 1 of 4 |
| Date Rcvd: Jan 02, 2026 | Form ID: pdf900 | Total Noticed: 48 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |
| @ | Recipients marked '@' were noticed on Jan 05, 2026. |
| > | Recipients marked '>' were noticed on Jan 04, 2026. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 04, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| @db/jdb | + | James C Green, Toni M Green, 204 Roberts Dr, Cresson, PA 16630-2039 |
| @15316504 | + | American Financial Res, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| >15316507 | + | Aurora Bank, Pob 1706, Scottsbluff, NE 69363-1706 |
| @15316509 | #+ | Capital Accounts, Po Box 140065, Nashville, TN 37214-0065 |
| >15316511 | + | Citi Auto, 2208 Highway 121 Ste 100, Bedford, TX 76021-5981 |
| @15316514 | + | Conemaugh Hospital, 1086 Franklin St, Johnstown, PA 15905-4398 |
| @15335313 | + | Conemaugh memorial medical Center, po Box 604010, Charlotte NC 28260-4010 |
| @15316518 | + | Holiday Financial Serv, 112 Hollidaysburg Plz, Duncansville, PA 16635-8410 |
| @15317863 | + | Lakeview Loan Servicing, LLC, c/o McCabe, Weisberg & Conway, LLC, Suite 1400, 123 South Broad Street, Philadelphia, PA 19109-1060 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 03 2026 01:37:56 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Jan 03 2026 01:32:00 | Peoples Natural Gas Company LLC, GRB Law, Frick Building, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 15316505 | | Email/Text: bnc-applied@quantum3group.com | Jan 03 2026 01:32:00 | Applied Bank, 4700 Exchange Court, Boca Raton, FL 33431 |
| 15328442 | + | Email/Text: g17768@att.com | Jan 03 2026 01:32:00 | AT&T, One AT&T Way, Room 3A104, Bedminster, NJ 07921-2694 |
| 15316506 | + | Email/Text: g17768@att.com | Jan 03 2026 01:32:00 | At&t Services, 208 S. Akard, Dallas, TX 75202-4206 |
| 15316508 | + | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Jan 03 2026 01:32:00 | Bankamerica, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 15316510 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 03 2026 01:37:54 | Capital One, Po Box 5253, Carol Stream, IL 60197-5253 |
| 15316512 | + | Email/Text: bankruptcy@firstenergycorp.com | | |

| District/off: 0315-7 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jan 02, 2026 | Form ID: pdf900 | Total Noticed: 48 |

| Recip ID | Notice Type | Date/Time | Name and Address |
|---|---|---|---|
| | | Jan 03 2026 01:32:00 | Collection Service Cen, 839 5th Ave, New Kensington, PA 15068-6303 |
| 15316513 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 03 2026 01:32:00 | Comenity Bank, P.O. Box 659728, San Antonio, TX 78265 |
| 15316515 | + Email/Text: bankruptcy@credencerm.com | Jan 03 2026 01:33:00 | Credence Resource Mana, 17000 Dallas Pkwy Ste 20, Dallas, TX 75248-1930 |
| 15316517 | + Email/Text: bdsupport@creditmanagementcompany.com | Jan 03 2026 01:32:00 | Credit Management Co, 2121 Noblestown Rd, Pittsburgh, PA 15205-3956 |
| 15316521 | + Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 03 2026 01:32:00 | Internal Revenue Service, 1000 Liberty Avenue, Room 727, Pittsburgh, PA 15222-4107 |
| 15336864 | Email/PDF: resurgentbknotifications@resurgent.com | Jan 03 2026 01:37:57 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15525042 | + Email/Text: nsm_bk_notices@mrcooper.com | Jan 03 2026 01:32:00 | Lakeview Loan Servicing LLC, C/O RightPath Servicing, PO Box 619096, Dallas, TX 75261-9096 |
| 15707638 | ^ MEBN | Jan 03 2026 01:27:46 | Lakeview Loan Servicing LLC, 2121 Waukegan Road,Suite 300, Bannockburn,Pennsylvania 60015-1831 |
| 15423824 | + Email/Text: nsm_bk_notices@mrcooper.com | Jan 03 2026 01:32:00 | Lakeview Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1839 |
| 15331123 | + Email/Text: LC-Bankruptcy-RF@loancare.net | Jan 03 2026 01:32:00 | LoanCare LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 15316522 | + Email/Text: LC-Bankruptcy-RF@loancare.net | Jan 03 2026 01:32:00 | Loancare Servicing Ctr, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 15328460 | + Email/PDF: resurgentbknotifications@resurgent.com | Jan 03 2026 01:37:52 | Lvnv Funding Llc, C/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15316525 | + Email/Text: nsm_bk_notices@mrcooper.com | Jan 03 2026 01:32:00 | Nationstar/mr Cooper, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 15328464 | + Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 03 2026 01:32:00 | PA Department Of Revenue, Bankruptcy Division, PO Box 788, Harrisburg, PA 17128-0001 |
| 15329293 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 03 2026 01:37:56 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15330077 | + Email/Text: BankruptcyEast@firstenergycorp.com | Jan 03 2026 01:32:00 | Penelec, 101 Crawford's Corner Road, Building # 1 Suite 1-511, Holmdel, NJ 07733-1976 |
| 15321946 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 03 2026 01:32:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |
| 15328465 | + Email/Text: ebnpeoples@grblaw.com | Jan 03 2026 01:32:00 | Peoples Gas, c/o GRB, Frick Building, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 15321704 | + Email/Text: ebnpeoples@grblaw.com | Jan 03 2026 01:32:00 | Peoples Natural Gas Company LLC, c/o GRB Law, Frick Building, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 15328466 | + Email/PDF: resurgentbknotifications@resurgent.com | Jan 03 2026 01:38:01 | Pinnacle Credit Services, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15336865 | Email/PDF: resurgentbknotifications@resurgent.com | Jan 03 2026 01:37:52 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15316526 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 03 2026 01:38:00 | Portfolio Recov Assoc, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 15332160 | + Email/Text: JCAP_BNC_Notices@jcap.com | Jan 03 2026 01:32:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn |

| District/off: 0315-7 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jan 02, 2026 | Form ID: pdf900 | Total Noticed: 48 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 56302-7999 |
| 15334919 | | Email/Text: bnc-quantum@quantum3group.com | Jan 03 2026 01:32:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15332596 | + | Email/Text: enotifications@santanderconsumerusa.com | Jan 03 2026 01:32:00 | Santander Consumer USA, Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 15316527 | + | Email/Text: enotifications@santanderconsumerusa.com | Jan 03 2026 01:32:00 | Santander Consumer Usa, Po Box 961245, Ft Worth, TX 76161-0244 |
| 15316528 | + | Email/Text: ssa.bankruptcy@ssa.gov | Jan 03 2026 01:32:00 | Social Security Administration, 1500 Woodlawn Drive, Baltimore, MD 21241-1500 |
| 15316529 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 03 2026 01:37:50 | Syncb/old Navy, Po Box 965005, Orlando, FL 32896-5005 |
| 15316940 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 03 2026 01:37:56 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15316530 | + | Email/Text: bankruptcydepartment@tsico.com | Jan 03 2026 01:33:00 | Transworld Sys Inc/51, 500 Virginia Dr Ste 514, Ft Washington, PA 19034-2733 |
| 15330204 | | Email/Text: BNCnotices@dcmservices.com | Jan 03 2026 01:32:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15334921 | | Email/PDF: ebn_ais@aisinfo.com | Jan 03 2026 01:37:51 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 39

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Lakeview Loan Servicing, LLC |
| cr | * | LVNV Funding LLC, c/o Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| cr | * | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15328441 | *P++ | APPLIED BANK, PO BOX 15809, WILMINGTON DE 19850-5809, address filed with court:, Applied Bank, 4700 Exchange Court, Boca Raton, FL 33431 |
| 15328440 | *+ | American Financial Res, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 15328443 | *+ | At&t Services, 208 S. Akard, Dallas, TX 75202-4206 |
| 15328444 | *+ | Aurora Bank, Pob 1706, Scottsbluff, NE 69363-1706 |
| 15328445 | *+ | Bankamerica, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 15328446 | *+ | Capital Accounts, Po Box 140065, Nashville, TN 37214-0065 |
| 15328447 | *+ | Capital One, Po Box 5253, Carol Stream, IL 60197-5253 |
| 15328448 | *+ | Citi Auto, 2208 Highway 121 Ste 100, Bedford, TX 76021-5981 |
| 15328449 | *+ | Collection Service Cen, 839 5th Ave, New Kensington, PA 15068-6303 |
| 15328450 | * | Comenity Bank, P.O. Box 659728, San Antonio, TX 78265 |
| 15328451 | *+ | Conemaugh Hospital, 1086 Franklin St, Johnstown, PA 15905-4398 |
| 15328452 | *+ | Credence Resource Mana, 17000 Dallas Pkwy Ste 20, Dallas, TX 75248-1930 |
| 15328453 | *+ | Credit Control Collect, 2410 Broad Ave, Altoona, PA 16601-1940 |
| 15328454 | *+ | Credit Management Co, 2121 Noblestown Rd, Pittsburgh, PA 15205-3956 |
| 15328455 | *+ | Holiday Financial Serv, 112 Hollidaysburg Plz, Duncansville, PA 16635-8410 |
| 15316520 | * | Internal Revenue Service, Insolvency Unit, POB 628, Pittsburgh, PA 15230 |
| 15328457 | * | Internal Revenue Service, Insolvency Unit, POB 628, Pittsburgh, PA 15230 |
| 15328458 | *+ | Internal Revenue Service, 1000 Liberty Avenue, Room 727, Pittsburgh, PA 15222-4107 |
| 15316519 | *+ | Internal Revenue Service, Insolvency Unit, POB 7346, Philadelphia, PA 19101-7346 |
| 15328456 | *+ | Internal Revenue Service, Insolvency Unit, POB 7346, Philadelphia, PA 19101-7346 |
| 15328459 | *+ | Loancare Servicing Ctr, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 15328461 | *+ | McCabe, Wisberg & Conway, 123 South Broad Street, Philadelphia, PA 19109-1060 |
| 15328462 | *+ | Medexpress, PO Box 719, Dellslow, WV 26531-0719 |
| 15328463 | *+ | Nationstar/mr Cooper, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 15328467 | *+ | Portfolio Recov Assoc, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 15328468 | *+ | Santander Consumer Usa, Po Box 961245, Ft Worth, TX 76161-0244 |

| District/off: 0315-7 | User: auto | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Jan 02, 2026 | Form ID: pdf900 | Total Noticed: 48 |

| | | |
|---|---|---|
| 15328469 | *+ | Social Security Administration, 1500 Woodlawn Drive, Baltimore, MD 21241-1500 |
| 15328470 | *+ | Syncb/old Navy, Po Box 965005, Orlando, FL 32896-5005 |
| 15328471 | *+ | Transworld Sys Inc/51, 500 Virginia Dr Ste 514, Ft Washington, PA 19034-2733 |
| 15316516 | ##+ | Credit Control Collect, 2410 Broad Ave, Altoona, PA 16601-1940 |
| 15316523 | ##+ | McCabe, Wisberg & Conway, 123 South Broad Street, Philadelphia, PA 19109-1060 |
| 15316524 | ##+ | Medexpress, PO Box 719, Dellslow, WV 26531-0719 |

TOTAL: 1 Undeliverable, 31 Duplicate, 3 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 07, 2026     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 23, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Christopher A. DeNardo | on behalf of Creditor Lakeview Loan Servicing LLC logsecf@logs.com |
| Denise Carlon | on behalf of Creditor Lakeview Loan Servicing LLC dcarlon@kmllawgroup.com |
| Heather Stacey Riloff | on behalf of Creditor Lakeview Loan Servicing LLC logsecf@logs.com |
| Lawrence Willis | on behalf of Debtor James C Green ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Lawrence Willis | on behalf of Joint Debtor Toni M Green ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Marisa Myers Cohen | on behalf of Creditor Lakeview Loan Servicing LLC ecfmail@mwc-law.com, mcohen@mwc-law.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |

TOTAL: 9