Form 408hr

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **James C Green** | : | Case No. 20−70599−JAD |
| **Toni M Green** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | Related to Document No. 109 |
| v. | : | |
| **No Respondents** | : | Hearing Date: 3/10/26 at 10:00 AM |
| *Respondent(s).* | : | |
| | : | |
| | : | |

## ORDER SCHEDULING DATE
## FOR RESPONSE AND HEARING ON MOTION

  *AND NOW,* this *The 2nd of January, 2026*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* (the "Motion") having been filed at Doc. No. 109 by the Chapter 13 Trustee,

  It is hereby ***ORDERED, ADJUDGED*** *and* ***DECREED*** that:

  (1) ***On or before March 2, 2026***, any *Response*, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

  (2) This Motion is scheduled for hearing on ***March 10, 2026 at 10:00 AM*** in Courtroom D, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. In accordance with Judge Deller's procedures, parties may appear for non−evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Deller's website (which can be found at https://www.pawb.uscourts.gov/judge−dellers−video−conference−hearing−information) by no later than 4 p.m. on the business day prior to the scheduled hearing. All parties participating remotely shall comply with Judge Deller's General Procedures, which can be found at https://www.pawb.uscourts.gov/procedures−0.

  (3) If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Jeffery A. Deller posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.*** In the event a default order has been signed, the Moving Party shall ***IMMEDIATELY*** advise all affected parties. If a default order has not been entered, the parties are ***required*** to appear at the hearing.

  (4) Once the Motion is approved, if either the Debtor's ***Certificate of Discharge Eligibility*** or ***Certificate of Financial Management*** is not timely filed, *the case is **SUBJECT TO CLOSURE WITHOUT A DISCHARGE** without further notice or hearing*.

                             Jeffery A. Deller
                             United States Bankruptcy Judge

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-70599-JAD |
| James C Green | Chapter 13 |
| Toni M Green | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 1 of 4 |
| Date Rcvd: Jan 02, 2026 | Form ID: 408d | Total Noticed: 48 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\#\#     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

@     Recipients marked '@' were noticed on Jan 05, 2026.

\>     Recipients marked '>' were noticed on Jan 04, 2026.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 04, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| @db/jdb | + | James C Green, Toni M Green, 204 Roberts Dr, Cresson, PA 16630-2039 |
| @15316504 | + | American Financial Res, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| >15316507 | + | Aurora Bank, Pob 1706, Scottsbluff, NE 69363-1706 |
| @15316509 | #+ | Capital Accounts, Po Box 140065, Nashville, TN 37214-0065 |
| >15316511 | + | Citi Auto, 2208 Highway 121 Ste 100, Bedford, TX 76021-5981 |
| @15316514 | + | Conemaugh Hospital, 1086 Franklin St, Johnstown, PA 15905-4398 |
| @15335313 | + | Conemaugh memorial medical Center, po Box 604010, Charlotte NC 28260-4010 |
| @15316518 | + | Holiday Financial Serv, 112 Hollidaysburg Plz, Duncansville, PA 16635-8410 |
| @15317863 | + | Lakeview Loan Servicing, LLC, c/o McCabe, Weisberg & Conway, LLC, Suite 1400, 123 South Broad Street, Philadelphia, PA 19109-1060 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 03 2026 01:37:51 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Jan 03 2026 01:32:00 | Peoples Natural Gas Company LLC, GRB Law, Frick Building, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 15316505 | | Email/Text: bnc-applied@quantum3group.com | Jan 03 2026 01:32:00 | Applied Bank, 4700 Exchange Court, Boca Raton, FL 33431 |
| 15328442 | + | Email/Text: g17768@att.com | Jan 03 2026 01:32:00 | AT&T, One AT&T Way, Room 3A104, Bedminster, NJ 07921-2694 |
| 15316506 | + | Email/Text: g17768@att.com | Jan 03 2026 01:32:00 | At&t Services, 208 S. Akard, Dallas, TX 75202-4206 |
| 15316508 | + | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Jan 03 2026 01:32:00 | Bankamerica, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 15316510 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 03 2026 01:37:59 | Capital One, Po Box 5253, Carol Stream, IL 60197-5253 |
| 15316512 | + | Email/Text: bankruptcy@firstenergycorp.com | | |

Case 20-70599-JAD   Doc 115   Filed 01/07/26   Entered 01/12/26 11:11:21   Desc Main
Document      Page 3 of 5

| District/off: 0315-7 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jan 02, 2026 | Form ID: 408d | Total Noticed: 48 |

| Recipient ID | | Notice Type | Date/Time | Recipient Address |
|---|---|---|---|---|
| | | | Jan 03 2026 01:32:00 | Collection Service Cen, 839 5th Ave, New Kensington, PA 15068-6303 |
| 15316513 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 03 2026 01:32:00 | Comenity Bank, P.O. Box 659728, San Antonio, TX 78265 |
| 15316515 | + | Email/Text: bankruptcy@credencerm.com | Jan 03 2026 01:33:00 | Credence Resource Mana, 17000 Dallas Pkwy Ste 20, Dallas, TX 75248-1930 |
| 15316517 | + | Email/Text: bdsupport@creditmanagementcompany.com | Jan 03 2026 01:32:00 | Credit Management Co, 2121 Noblestown Rd, Pittsburgh, PA 15205-3956 |
| 15316521 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 03 2026 01:32:00 | Internal Revenue Service, 1000 Liberty Avenue, Room 727, Pittsburgh, PA 15222-4107 |
| 15336864 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 03 2026 01:37:57 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15525042 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jan 03 2026 01:32:00 | Lakeview Loan Servicing LLC, C/O RightPath Servicing, PO Box 619096, Dallas, TX 75261-9096 |
| 15707638 | ^ | MEBN | Jan 03 2026 01:27:47 | Lakeview Loan Servicing LLC, 2121 Waukegan Road,Suite 300, Bannockburn,Pennsylvania 60015-1831 |
| 15423824 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jan 03 2026 01:32:00 | Lakeview Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1839 |
| 15331123 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Jan 03 2026 01:32:00 | LoanCare LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 15316522 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Jan 03 2026 01:32:00 | Loancare Servicing Ctr, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 15328460 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 03 2026 01:37:57 | Lvnv Funding Llc, C/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15316525 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jan 03 2026 01:32:00 | Nationstar/mr Cooper, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 15328464 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 03 2026 01:32:00 | PA Department Of Revenue, Bankruptcy Division, PO Box 788, Harrisburg, PA 17128-0001 |
| 15329293 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 03 2026 01:37:56 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15330077 | + | Email/Text: BankruptcyEast@firstenergycorp.com | Jan 03 2026 01:32:00 | Penelec, 101 Crawford's Corner Road, Building # 1 Suite 1-511, Holmdel, NJ 07733-1976 |
| 15321946 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 03 2026 01:32:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |
| 15328465 | + | Email/Text: ebnpeoples@grblaw.com | Jan 03 2026 01:32:00 | Peoples Gas, c/o GRB, Frick Building, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 15321704 | + | Email/Text: ebnpeoples@grblaw.com | Jan 03 2026 01:32:00 | Peoples Natural Gas Company LLC, c/o GRB Law, Frick Building, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 15328466 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 03 2026 01:37:57 | Pinnacle Credit Services, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15336865 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 03 2026 01:38:01 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15316526 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 03 2026 01:37:51 | Portfolio Recov Assoc, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 15332160 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 03 2026 01:32:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn |

| District/off: 0315-7 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jan 02, 2026 | Form ID: 408d | Total Noticed: 48 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 56302-7999 |
| 15334919 | | Email/Text: bnc-quantum@quantum3group.com | Jan 03 2026 01:32:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15332596 | + | Email/Text: enotifications@santanderconsumerusa.com | Jan 03 2026 01:32:00 | Santander Consumer USA, Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 15316527 | + | Email/Text: enotifications@santanderconsumerusa.com | Jan 03 2026 01:32:00 | Santander Consumer Usa, Po Box 961245, Ft Worth, TX 76161-0244 |
| 15316528 | + | Email/Text: ssa.bankruptcy@ssa.gov | Jan 03 2026 01:32:00 | Social Security Administration, 1500 Woodlawn Drive, Baltimore, MD 21241-1500 |
| 15316529 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 03 2026 01:37:54 | Syncb/old Navy, Po Box 965005, Orlando, FL 32896-5005 |
| 15316940 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 03 2026 01:37:56 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15316530 | + | Email/Text: bankruptcydepartment@tsico.com | Jan 03 2026 01:33:00 | Transworld Sys Inc/51, 500 Virginia Dr Ste 514, Ft Washington, PA 19034-2733 |
| 15330204 | | Email/Text: BNCnotices@dcmservices.com | Jan 03 2026 01:32:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15334921 | | Email/PDF: ebn_ais@aisinfo.com | Jan 03 2026 01:37:56 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 39

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Lakeview Loan Servicing, LLC |
| cr | * | LVNV Funding LLC, c/o Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| cr | * | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15328441 | *P++ | APPLIED BANK, PO BOX 15809, WILMINGTON DE 19850-5809, address filed with court:, Applied Bank, 4700 Exchange Court, Boca Raton, FL 33431 |
| 15328440 | *+ | American Financial Res, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 15328443 | *+ | At&t Services, 208 S. Akard, Dallas, TX 75202-4206 |
| 15328444 | *+ | Aurora Bank, Pob 1706, Scottsbluff, NE 69363-1706 |
| 15328445 | *+ | Bankamerica, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 15328446 | *+ | Capital Accounts, Po Box 140065, Nashville, TN 37214-0065 |
| 15328447 | *+ | Capital One, Po Box 5253, Carol Stream, IL 60197-5253 |
| 15328448 | *+ | Citi Auto, 2208 Highway 121 Ste 100, Bedford, TX 76021-5981 |
| 15328449 | *+ | Collection Service Cen, 839 5th Ave, New Kensington, PA 15068-6303 |
| 15328450 | * | Comenity Bank, P.O. Box 659728, San Antonio, TX 78265 |
| 15328451 | *+ | Conemaugh Hospital, 1086 Franklin St, Johnstown, PA 15905-4398 |
| 15328452 | *+ | Credence Resource Mana, 17000 Dallas Pkwy Ste 20, Dallas, TX 75248-1930 |
| 15328453 | *+ | Credit Control Collect, 2410 Broad Ave, Altoona, PA 16601-1940 |
| 15328454 | *+ | Credit Management Co, 2121 Noblestown Rd, Pittsburgh, PA 15205-3956 |
| 15328455 | *+ | Holiday Financial Serv, 112 Hollidaysburg Plz, Duncansville, PA 16635-8410 |
| 15316520 | * | Internal Revenue Service, Insolvency Unit, POB 628, Pittsburgh, PA 15230 |
| 15328457 | * | Internal Revenue Service, Insolvency Unit, POB 628, Pittsburgh, PA 15230 |
| 15328458 | *+ | Internal Revenue Service, 1000 Liberty Avenue, Room 727, Pittsburgh, PA 15222-4107 |
| 15316519 | *+ | Internal Revenue Service, Insolvency Unit, POB 7346, Philadelphia, PA 19101-7346 |
| 15328456 | *+ | Internal Revenue Service, Insolvency Unit, POB 7346, Philadelphia, PA 19101-7346 |
| 15328459 | *+ | Loancare Servicing Ctr, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 15328461 | *+ | McCabe, Wisberg & Conway, 123 South Broad Street, Philadelphia, PA 19109-1060 |
| 15328462 | *+ | Medexpress, PO Box 719, Dellslow, WV 26531-0719 |
| 15328463 | *+ | Nationstar/mr Cooper, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 15328467 | *+ | Portfolio Recov Assoc, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 15328468 | *+ | Santander Consumer Usa, Po Box 961245, Ft Worth, TX 76161-0244 |

| District/off: 0315-7 | User: auto | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Jan 02, 2026 | Form ID: 408d | Total Noticed: 48 |

| | | |
|---|---|---|
| 15328469 | *+ | Social Security Administration, 1500 Woodlawn Drive, Baltimore, MD 21241-1500 |
| 15328470 | *+ | Syncb/old Navy, Po Box 965005, Orlando, FL 32896-5005 |
| 15328471 | *+ | Transworld Sys Inc/51, 500 Virginia Dr Ste 514, Ft Washington, PA 19034-2733 |
| 15316516 | ##+ | Credit Control Collect, 2410 Broad Ave, Altoona, PA 16601-1940 |
| 15316523 | ##+ | McCabe, Wisberg & Conway, 123 South Broad Street, Philadelphia, PA 19109-1060 |
| 15316524 | ##+ | Medexpress, PO Box 719, Dellslow, WV 26531-0719 |

TOTAL: 1 Undeliverable, 31 Duplicate, 3 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 07, 2026          Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 2, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Christopher A. DeNardo | on behalf of Creditor Lakeview Loan Servicing LLC logsecf@logs.com |
| Denise Carlon | on behalf of Creditor Lakeview Loan Servicing LLC dcarlon@kmllawgroup.com |
| Heather Stacey Riloff | on behalf of Creditor Lakeview Loan Servicing LLC logsecf@logs.com |
| Lawrence Willis | on behalf of Debtor James C Green ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Lawrence Willis | on behalf of Joint Debtor Toni M Green ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Marisa Myers Cohen | on behalf of Creditor Lakeview Loan Servicing LLC ecfmail@mwc-law.com, mcohen@mwc-law.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |

TOTAL: 9