Certificate Number: 05781-PAW-DE-040674221

Bankruptcy Case Number: 20-70599



05781-PAW-DE-040674221

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 28, 2026, at 2:32 o'clock PM PST, Toni Green completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   February 28, 2026            By:     /s/Allison M Geving

Name:   Allison M Geving

Title:   President