**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | James C Green | Social Security number or ITIN   xxx–xx–7301 |
| | First Name   Middle Name   Last Name | EIN   _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Toni M Green | Social Security number or ITIN   xxx–xx–9291 |
| | First Name   Middle Name   Last Name | EIN   _ _ – _ _ _ _ _ _ _ |

United States Bankruptcy Court    WESTERN DISTRICT OF PENNSYLVANIA

Case number:    20–70599–JAD

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

James C Green                                        Toni M Green

3/3/26                                  **By the court:** Jeffery A. Deller
                                                    United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:

James C Green

Toni M Green

Debtors

Case No. 20-70599-JAD

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0315-7 | User: auto | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Mar 03, 2026 | Form ID: 3180W | Total Noticed: 49 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 05, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | James C Green, Toni M Green, 204 Roberts Dr, Cresson, PA 16630-2039 |
| 15316504 | + | American Financial Res, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 15316507 | + | Aurora Bank, Pob 1706, Scottsbluff, NE 69363-1706 |
| 15316509 | #+ | Capital Accounts, Po Box 140065, Nashville, TN 37214-0065 |
| 15316511 | + | Citi Auto, 2208 Highway 121 Ste 100, Bedford, TX 76021-5981 |
| 15316514 | + | Conemaugh Hospital, 1086 Franklin St, Johnstown, PA 15905-4398 |
| 15335313 | + | Conemaugh memorial medical Center, po Box 604010, Charlotte NC 28260-4010 |
| 15316518 | + | Holiday Financial Serv, 112 Hollidaysburg Plz, Duncansville, PA 16635-8410 |
| 15317863 | + | Lakeview Loan Servicing, LLC, c/o McCabe, Weisberg & Conway, LLC, Suite 1400, 123 South Broad Street, Philadelphia, PA 19109-1060 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Mar 04 2026 05:26:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: PRA.COM | Mar 04 2026 05:26:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Mar 04 2026 00:35:00 | Peoples Natural Gas Company LLC, GRB Law, Frick Building, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 15316505 | | EDI: APPLIEDBANK.COM | Mar 04 2026 05:26:00 | Applied Bank, 4700 Exchange Court, Boca Raton, FL 33431 |
| 15328442 | + | EDI: ATTWIREBK.COM | Mar 04 2026 05:26:00 | AT&T, One AT&T Way, Room 3A104, Bedminster, NJ 07921-2694 |
| 15316506 | + | EDI: ATTWIREBK.COM | Mar 04 2026 05:26:00 | At&t Services, 208 S. Akard, Dallas, TX 75202-4206 |
| 15316508 | + | EDI: BANKAMER | Mar 04 2026 05:26:00 | Bankamerica, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 15316510 | + | EDI: CAPITALONE.COM | Mar 04 2026 05:26:00 | Capital One, Po Box 5253, Carol Stream, IL 60197-5253 |

| ID | | Method | Date | Address |
|---|---|---|---|---|
| 15316512 | + | Email/Text: bankruptcy@firstenergycorp.com | Mar 04 2026 00:35:00 | Collection Service Cen, 839 5th Ave, New Kensington, PA 15068-6303 |
| 15316513 | | EDI: WFNNB.COM | Mar 04 2026 05:26:00 | Comenity Bank, P.O. Box 659728, San Antonio, TX 78265 |
| 15316515 | + | Email/Text: bankruptcy@credencerm.com | Mar 04 2026 00:35:00 | Credence Resource Mana, 17000 Dallas Pkwy Ste 20, Dallas, TX 75248-1930 |
| 15316517 | + | Email/Text: bdsupport@creditmanagementcompany.com | Mar 04 2026 00:35:00 | Credit Management Co, 2121 Noblestown Rd, Pittsburgh, PA 15205-3956 |
| 15316521 | + | EDI: IRS.COM | Mar 04 2026 05:26:00 | Internal Revenue Service, 1000 Liberty Avenue, Room 727, Pittsburgh, PA 15222-4107 |
| 15336864 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 04 2026 00:46:24 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15525042 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 04 2026 00:35:00 | Lakeview Loan Servicing LLC, C/O RightPath Servicing, PO Box 619096, Dallas, TX 75261-9096 |
| 15707638 | ^ | MEBN | Mar 04 2026 00:28:44 | Lakeview Loan Servicing LLC, 2121 Waukegan Road,Suite 300, Bannockburn,Pennsylvania 60015-1831 |
| 15423824 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 04 2026 00:35:00 | Lakeview Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1839 |
| 15331123 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Mar 04 2026 00:35:00 | LoanCare LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 15316522 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Mar 04 2026 00:35:00 | Loancare Servicing Ctr, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 15328460 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 04 2026 00:46:24 | Lvnv Funding Llc, C/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15316525 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 04 2026 00:35:00 | Nationstar/mr Cooper, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 15328464 | + | EDI: PENNDEPTREV | Mar 04 2026 05:26:00 | PA Department Of Revenue, Bankruptcy Division, PO Box 788, Harrisburg, PA 17128-0001 |
| 15329293 | | EDI: PRA.COM | Mar 04 2026 05:26:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15330077 | + | Email/Text: BankruptcyEast@firstenergycorp.com | Mar 04 2026 00:35:00 | Penelec, 101 Crawford's Corner Road, Building # 1 Suite 1-511, Holmdel, NJ 07733-1976 |
| 15321946 | | EDI: PENNDEPTREV | Mar 04 2026 05:26:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |
| 15328465 | + | Email/Text: ebnpeoples@grblaw.com | Mar 04 2026 00:35:00 | Peoples Gas, c/o GRB, Frick Building, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 15321704 | + | Email/Text: ebnpeoples@grblaw.com | Mar 04 2026 00:35:00 | Peoples Natural Gas Company LLC, c/o GRB Law, Frick Building, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 15328466 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 04 2026 00:46:31 | Pinnacle Credit Services, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15336865 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 04 2026 00:46:24 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15316526 | + | EDI: PRA.COM | Mar 04 2026 05:26:00 | Portfolio Recov Assoc, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 15332160 | + | EDI: JEFFERSONCAP.COM | Mar 04 2026 05:26:00 | Premier Bankcard, Llc, Jefferson Capital Systems |

| District/off: 0315-7 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Mar 03, 2026 | Form ID: 3180W | Total Noticed: 49 |

| Recip ID | Notice Method | Date/Time | Name and Address |
|---|---|---|---|
| | | | LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 15334919 | EDI: Q3G.COM | Mar 04 2026 05:26:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15332596 | + Email/Text: enotifications@santanderconsumerusa.com | Mar 04 2026 00:35:00 | Santander Consumer USA, Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 15316527 | + Email/Text: enotifications@santanderconsumerusa.com | Mar 04 2026 00:35:00 | Santander Consumer Usa, Po Box 961245, Ft Worth, TX 76161-0244 |
| 15316528 | + Email/Text: ssa.bankruptcy@ssa.gov | Mar 04 2026 00:35:00 | Social Security Administration, 1500 Woodlawn Drive, Baltimore, MD 21241-1500 |
| 15316529 | + EDI: SYNC | Mar 04 2026 05:26:00 | Syncb/old Navy, Po Box 965005, Orlando, FL 32896-5005 |
| 15316940 | + EDI: PRA.COM | Mar 04 2026 05:26:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15316530 | + Email/Text: bankruptcydepartment@tsico.com | Mar 04 2026 00:35:00 | Transworld Sys Inc/51, 500 Virginia Dr Ste 514, Ft Washington, PA 19034-2733 |
| 15330204 | Email/Text: BNCnotices@dcmservices.com | Mar 04 2026 00:35:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15334921 | EDI: AIS.COM | Mar 04 2026 05:26:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 40

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Lakeview Loan Servicing, LLC |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | * | LVNV Funding LLC, c/o Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| cr | * | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15328441 | *P++ | APPLIED BANK, PO BOX 15809, WILMINGTON DE 19850-5809, address filed with court:, Applied Bank, 4700 Exchange Court, Boca Raton, FL 33431 |
| 15328440 | *+ | American Financial Res, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 15328443 | *+ | At&t Services, 208 S. Akard, Dallas, TX 75202-4206 |
| 15328444 | *+ | Aurora Bank, Pob 1706, Scottsbluff, NE 69363-1706 |
| 15328445 | *+ | Bankamerica, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 15328446 | *+ | Capital Accounts, Po Box 140065, Nashville, TN 37214-0065 |
| 15328447 | *+ | Capital One, Po Box 5253, Carol Stream, IL 60197-5253 |
| 15328448 | *+ | Citi Auto, 2208 Highway 121 Ste 100, Bedford, TX 76021-5981 |
| 15328449 | *+ | Collection Service Cen, 839 5th Ave, New Kensington, PA 15068-6303 |
| 15328450 | * | Comenity Bank, P.O. Box 659728, San Antonio, TX 78265 |
| 15328451 | *+ | Conemaugh Hospital, 1086 Franklin St, Johnstown, PA 15905-4398 |
| 15328452 | *+ | Credence Resource Mana, 17000 Dallas Pkwy Ste 20, Dallas, TX 75248-1930 |
| 15328453 | *+ | Credit Control Collect, 2410 Broad Ave, Altoona, PA 16601-1940 |
| 15328454 | *+ | Credit Management Co, 2121 Noblestown Rd, Pittsburgh, PA 15205-3956 |
| 15328455 | *+ | Holiday Financial Serv, 112 Hollidaysburg Plz, Duncansville, PA 16635-8410 |
| 15316520 | * | Internal Revenue Service, Insolvency Unit, POB 628, Pittsburgh, PA 15230 |
| 15328457 | * | Internal Revenue Service, Insolvency Unit, POB 628, Pittsburgh, PA 15230 |
| 15328458 | *+ | Internal Revenue Service, 1000 Liberty Avenue, Room 727, Pittsburgh, PA 15222-4107 |
| 15316519 | *+ | Internal Revenue Service, Insolvency Unit, POB 7346, Philadelphia, PA 19101-7346 |
| 15328456 | *+ | Internal Revenue Service, Insolvency Unit, POB 7346, Philadelphia, PA 19101-7346 |
| 15328459 | *+ | Loancare Servicing Ctr, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 15328461 | *+ | McCabe, Wisberg & Conway, 123 South Broad Street, Philadelphia, PA 19109-1060 |
| 15328462 | *+ | Medexpress, PO Box 719, Dellslow, WV 26531-0719 |
| 15328463 | *+ | Nationstar/mr Cooper, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |

District/off: 0315-7                     User: auto                          Page 4 of 4

Date Rcvd: Mar 03, 2026                  Form ID: 3180W                       Total Noticed: 49

| 15328467 | *+ | Portfolio Recov Assoc, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 15328468 | *+ | Santander Consumer Usa, Po Box 961245, Ft Worth, TX 76161-0244 |
| 15328469 | *+ | Social Security Administration, 1500 Woodlawn Drive, Baltimore, MD 21241-1500 |
| 15328470 | *+ | Syncb/old Navy, Po Box 965005, Orlando, FL 32896-5005 |
| 15328471 | *+ | Transworld Sys Inc/51, 500 Virginia Dr Ste 514, Ft Washington, PA 19034-2733 |
| 15316516 | ##+ | Credit Control Collect, 2410 Broad Ave, Altoona, PA 16601-1940 |
| 15316523 | ##+ | McCabe, Wisberg & Conway, 123 South Broad Street, Philadelphia, PA 19109-1060 |
| 15316524 | ##+ | Medexpress, PO Box 719, Dellslow, WV 26531-0719 |

TOTAL: 1 Undeliverable, 32 Duplicate, 3 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 05, 2026                      Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 3, 2026 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Denise Carlon | on behalf of Creditor Lakeview Loan Servicing  LLC dcarlon@kmllawgroup.com |
| Heather Stacey Riloff | on behalf of Creditor Lakeview Loan Servicing  LLC logsecf@logs.com |
| Lawrence Willis | on behalf of Debtor James C Green ecf@westernpabankruptcy.com  urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Lawrence Willis | on behalf of Joint Debtor Toni M Green ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Marisa Myers Cohen | on behalf of Creditor Lakeview Loan Servicing  LLC ecfmail@mwc-law.com, mcohen@mwc-law.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |

TOTAL: 8