**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

**DEFAULT O/E JAD**

IN RE:
    JAMES C GREEN
    TONI M GREEN
        Debtor(s)

    Ronda J. Winnecour
        Movant
      vs.
    No Repondents.

Case No.:20-70599 JAD

Chapter 13

Document No.: 109

FILED
3/3/26 9:35 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**ORDER OF COURT**

AND NOW, this _____3rd_____ day of _____March_____, 20 _26_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminate and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

U.S. BANKRUPTCY JUDGE  jst

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-70599-JAD |
| James C Green | Chapter 13 |
| Toni M Green | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 1 of 4 |
| Date Rcvd: Mar 04, 2026 | Form ID: pdf900 | Total Noticed: 48 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 06, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | James C Green, Toni M Green, 204 Roberts Dr, Cresson, PA 16630-2039 |
| 15316504 | + | American Financial Res, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 15316507 | + | Aurora Bank, Pob 1706, Scottsbluff, NE 69363-1706 |
| 15316509 | #+ | Capital Accounts, Po Box 140065, Nashville, TN 37214-0065 |
| 15316511 | + | Citi Auto, 2208 Highway 121 Ste 100, Bedford, TX 76021-5981 |
| 15316514 | + | Conemaugh Hospital, 1086 Franklin St, Johnstown, PA 15905-4398 |
| 15335313 | + | Conemaugh memorial medical Center, po Box 604010, Charlotte NC 28260-4010 |
| 15316518 | + | Holiday Financial Serv, 112 Hollidaysburg Plz, Duncansville, PA 16635-8410 |
| 15317863 | + | Lakeview Loan Servicing, LLC, c/o McCabe, Weisberg & Conway, LLC, Suite 1400, 123 South Broad Street, Philadelphia, PA 19109-1060 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 05 2026 00:06:35 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Mar 05 2026 00:07:00 | Peoples Natural Gas Company LLC, GRB Law, Frick Building, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 15316505 | | Email/Text: bnc-applied@quantum3group.com | Mar 05 2026 00:07:00 | Applied Bank, 4700 Exchange Court, Boca Raton, FL 33431 |
| 15328442 | + | Email/Text: g17768@att.com | Mar 05 2026 00:07:00 | AT&T, One AT&T Way, Room 3A104, Bedminster, NJ 07921-2694 |
| 15316506 | + | Email/Text: g17768@att.com | Mar 05 2026 00:07:00 | At&t Services, 208 S. Akard, Dallas, TX 75202-4206 |
| 15316508 | + | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Mar 05 2026 00:07:00 | Bankamerica, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 15316510 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 05 2026 00:06:35 | Capital One, Po Box 5253, Carol Stream, IL 60197-5253 |
| 15316512 | + | Email/Text: bankruptcy@firstenergycorp.com | Mar 05 2026 00:07:00 | Collection Service Cen, 839 5th Ave, New Kensington, PA 15068-6303 |
| 15316513 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 05 2026 00:07:00 | Comenity Bank, P.O. Box 659728, San Antonio, |

| | | | TX 78265 |
|---|---|---|---|
| 15316515 | + | Email/Text: bankruptcy@credencerm.com | |
| | | Mar 05 2026 00:07:00 | Credence Resource Mana, 17000 Dallas Pkwy Ste 20, Dallas, TX 75248-1930 |
| 15316517 | + | Email/Text: bdsupport@creditmanagementcompany.com | |
| | | Mar 05 2026 00:07:00 | Credit Management Co, 2121 Noblestown Rd, Pittsburgh, PA 15205-3956 |
| 15316521 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | |
| | | Mar 05 2026 00:07:00 | Internal Revenue Service, 1000 Liberty Avenue, Room 727, Pittsburgh, PA 15222-4107 |
| 15336864 | | Email/PDF: resurgentbknotifications@resurgent.com | |
| | | Mar 05 2026 00:06:55 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15525042 | + | Email/Text: nsm_bk_notices@mrcooper.com | |
| | | Mar 05 2026 00:07:00 | Lakeview Loan Servicing LLC, C/O RightPath Servicing, PO Box 619096, Dallas, TX 75261-9096 |
| 15707638 | ^ | MEBN | |
| | | Mar 04 2026 23:56:45 | Lakeview Loan Servicing LLC, 2121 Waukegan Road,Suite 300, Bannockburn,Pennsylvania 60015-1831 |
| 15423824 | + | Email/Text: nsm_bk_notices@mrcooper.com | |
| | | Mar 05 2026 00:07:00 | Lakeview Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1839 |
| 15331123 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | |
| | | Mar 05 2026 00:07:00 | LoanCare LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 15316522 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | |
| | | Mar 05 2026 00:07:00 | Loancare Servicing Ctr, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 15328460 | + | Email/PDF: resurgentbknotifications@resurgent.com | |
| | | Mar 05 2026 00:06:04 | Lvnv Funding Llc, C/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15316525 | + | Email/Text: nsm_bk_notices@mrcooper.com | |
| | | Mar 05 2026 00:07:00 | Nationstar/mr Cooper, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 15328464 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | |
| | | Mar 05 2026 00:07:00 | PA Department Of Revenue, Bankruptcy Division, PO Box 788, Harrisburg, PA 17128-0001 |
| 15329293 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | |
| | | Mar 05 2026 00:06:04 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15330077 | + | Email/Text: BankruptcyEast@firstenergycorp.com | |
| | | Mar 05 2026 00:07:00 | Penelec, 101 Crawford's Corner Road, Building # 1 Suite 1-511, Holmdel, NJ 07733-1976 |
| 15321946 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | |
| | | Mar 05 2026 00:07:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |
| 15328465 | + | Email/Text: ebnpeoples@grblaw.com | |
| | | Mar 05 2026 00:07:00 | Peoples Gas, c/o GRB, Frick Building, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 15321704 | + | Email/Text: ebnpeoples@grblaw.com | |
| | | Mar 05 2026 00:07:00 | Peoples Natural Gas Company LLC, c/o GRB Law, Frick Building, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 15328466 | + | Email/PDF: resurgentbknotifications@resurgent.com | |
| | | Mar 05 2026 00:06:04 | Pinnacle Credit Services, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15336865 | | Email/PDF: resurgentbknotifications@resurgent.com | |
| | | Mar 05 2026 00:06:04 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15316526 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | |
| | | Mar 05 2026 00:06:54 | Portfolio Recov Assoc, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 15332160 | + | Email/Text: JCAP_BNC_Notices@jcap.com | |
| | | Mar 05 2026 00:07:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 15334919 | | Email/Text: bnc-quantum@quantum3group.com | |
| | | Mar 05 2026 00:07:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA |

|            |   |                                                                 |                      | 98083-0788 |
|------------|---|-----------------------------------------------------------------|----------------------|------------|
| 15332596   | + | Email/Text: enotifications@santanderconsumerusa.com             | Mar 05 2026 00:07:00 | Santander Consumer USA, Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 15316527   | + | Email/Text: enotifications@santanderconsumerusa.com             | Mar 05 2026 00:07:00 | Santander Consumer Usa, Po Box 961245, Ft Worth, TX 76161-0244 |
| 15316528   | + | Email/Text: ssa.bankruptcy@ssa.gov                              | Mar 05 2026 00:07:00 | Social Security Administration, 1500 Woodlawn Drive, Baltimore, MD 21241-1500 |
| 15316529   | + | Email/PDF: ais.sync.ebn@aisinfo.com                             | Mar 05 2026 00:06:03 | Syncb/old Navy, Po Box 965005, Orlando, FL 32896-5005 |
| 15316940   | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com            | Mar 05 2026 00:06:54 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15316530   | + | Email/Text: bankruptcydepartment@tsico.com                      | Mar 05 2026 00:07:00 | Transworld Sys Inc/51, 500 Virginia Dr Ste 514, Ft Washington, PA 19034-2733 |
| 15330204   |   | Email/Text: BNCnotices@dcmservices.com                          | Mar 05 2026 00:07:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15334921   |   | Email/PDF: ebn_ais@aisinfo.com                                  | Mar 05 2026 00:06:04 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 39

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|----------|---------------|------------------|
| cr       |               | Lakeview Loan Servicing, LLC |
| cr       | *             | LVNV Funding LLC, c/o Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| cr       | *             | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15328441 | *P++          | APPLIED BANK, PO BOX 15809, WILMINGTON DE 19850-5809, address filed with court:, Applied Bank, 4700 Exchange Court, Boca Raton, FL 33431 |
| 15328440 | *+            | American Financial Res, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 15328443 | *+            | At&t Services, 208 S. Akard, Dallas, TX 75202-4206 |
| 15328444 | *+            | Aurora Bank, Pob 1706, Scottsbluff, NE 69363-1706 |
| 15328445 | *+            | Bankamerica, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 15328446 | *+            | Capital Accounts, Po Box 140065, Nashville, TN 37214-0065 |
| 15328447 | *+            | Capital One, Po Box 5253, Carol Stream, IL 60197-5253 |
| 15328448 | *+            | Citi Auto, 2208 Highway 121 Ste 100, Bedford, TX 76021-5981 |
| 15328449 | *+            | Collection Service Cen, 839 5th Ave, New Kensington, PA 15068-6303 |
| 15328450 | *             | Comenity Bank, P.O. Box 659728, San Antonio, TX 78265 |
| 15328451 | *+            | Conemaugh Hospital, 1086 Franklin St, Johnstown, PA 15905-4398 |
| 15328452 | *+            | Credence Resource Mana, 17000 Dallas Pkwy Ste 20, Dallas, TX 75248-1930 |
| 15328453 | *+            | Credit Control Collect, 2410 Broad Ave, Altoona, PA 16601-1940 |
| 15328454 | *+            | Credit Management Co, 2121 Noblestown Rd, Pittsburgh, PA 15205-3956 |
| 15328455 | *+            | Holiday Financial Serv, 112 Hollidaysburg Plz, Duncansville, PA 16635-8410 |
| 15316520 | *             | Internal Revenue Service, Insolvency Unit, POB 628, Pittsburgh, PA 15230 |
| 15328457 | *             | Internal Revenue Service, Insolvency Unit, POB 628, Pittsburgh, PA 15230 |
| 15328458 | *+            | Internal Revenue Service, 1000 Liberty Avenue, Room 727, Pittsburgh, PA 15222-4107 |
| 15316519 | *+            | Internal Revenue Service, Insolvency Unit, POB 7346, Philadelphia, PA 19101-7346 |
| 15328456 | *+            | Internal Revenue Service, Insolvency Unit, POB 7346, Philadelphia, PA 19101-7346 |
| 15328459 | *+            | Loancare Servicing Ctr, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 15328461 | *+            | McCabe, Wisberg & Conway, 123 South Broad Street, Philadelphia, PA 19109-1060 |
| 15328462 | *+            | Medexpress, PO Box 719, Dellslow, WV 26531-0719 |
| 15328463 | *+            | Nationstar/mr Cooper, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 15328467 | *+            | Portfolio Recov Assoc, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 15328468 | *+            | Santander Consumer Usa, Po Box 961245, Ft Worth, TX 76161-0244 |
| 15328469 | *+            | Social Security Administration, 1500 Woodlawn Drive, Baltimore, MD 21241-1500 |
| 15328470 | *+            | Syncb/old Navy, Po Box 965005, Orlando, FL 32896-5005 |
| 15328471 | *+            | Transworld Sys Inc/51, 500 Virginia Dr Ste 514, Ft Washington, PA 19034-2733 |

District/off: 0315-7                          User: auto                                    Page 4 of 4

Date Rcvd: Mar 04, 2026                       Form ID: pdf900                               Total Noticed: 48

| 15316516 | ##+ | Credit Control Collect, 2410 Broad Ave, Altoona, PA 16601-1940 |
| 15316523 | ##+ | McCabe, Wisberg & Conway, 123 South Broad Street, Philadelphia, PA 19109-1060 |
| 15316524 | ##+ | Medexpress, PO Box 719, Dellslow, WV 26531-0719 |

TOTAL: 1 Undeliverable, 31 Duplicate, 3 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 06, 2026                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 4, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor Lakeview Loan Servicing  LLC dcarlon@kmllawgroup.com |
| Heather Stacey Riloff | on behalf of Creditor Lakeview Loan Servicing  LLC logsecf@logs.com |
| Lawrence Willis | on behalf of Debtor James C Green ecf@westernpabankruptcy.com  urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Lawrence Willis | on behalf of Joint Debtor Toni M Green ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Marisa Myers Cohen | on behalf of Creditor Lakeview Loan Servicing  LLC ecfmail@mwc-law.com, mcohen@mwc-law.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |

TOTAL: 8