# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: James C. Green and Toni M. Green <br>     Debtors <br><br> LakeView Loan Servicing, LLC, or its Successor or Assignee <br>     Movant <br><br> vs. <br><br> Ronda J. Winnecour <br> James C. Green and Toni M. Green <br>     Respondents | Chapter 13 <br><br> Bankruptcy No. 20-70599-JAD <br><br><br> Related to Document Nos. |

## CERTIFICATION OF SERVICE OF NOTICE OF MORTGAGE PAYMENT CHANGE

I, Lauren M. Moyer, attorney for LakeView Loan Servicing, LLC, hereby certify that I served a true and correct copy of the foregoing Notice of Mortgage Payment Change, by United States Mail, first class, postage prepaid, and/or electronic means, upon the following:

Date Served: September 30, 2021

| | | |
|---|---|---|
| James C. Green <br> 204 Roberts Drive <br> Cresson, Pennsylvania 16630 <br><br> Toni M. Green <br> 204 Roberts Drive <br> Cresson, Pennsylvania 16630 | Lawrence W. Willis <br> Willis & Associates <br> 201 Penn Center Blvd <br> Suite 310 <br> Pittsburgh, Pennsylvania 15235 <br> Attorney for Debtors <br><br> Office of the United States Trustee <br> Liberty Center. <br> 1001 Liberty Avenue, Suite 970 <br> Pittsburgh, Pennsylvania 15222 | Ronda J. Winnecour <br> Suite 3250, USX Tower <br> 600 Grant Street <br> Pittsburgh, Pennsylvania 15219 <br> Trustee |

    /s/ Lauren M. Moyer
    MARGARET GAIRO, ESQUIRE ID # 34419
    MARISA MYERS COHEN, ESQUIRE ID #87830
    LAUREN M. MOYER, ESQUIRE ID # 320589
    JAMES FRENCH, ESQUIRE ID # 319597
    JOSPEH I. FOLEY, ESQUIRE ID # 314675
    CHELSEA NIXON, ESQUIRE ID # 324130
    Attorney for LakeView Loan Servicing, LLC
    123 South Broad Street, Suite 1400

Philadelphia, PA 19109
Telephone: (215) 790-1010
Facsimile: (215) 790-1274
Email: ecfmail@mwc-law.com